**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**Southern Division**

**D. G. Sweigert**

 **Plaintiff**

**Vs.**

**Jason Goodman, dba**

**21ˢᵗ Century 3D**

 **Defendant**

**And**

**STARCLING, LLC,**

**A Wyoming Limited Liability Corp.**

 **Defendant**

---

**<u>COMPLAINT FOR DAMAGES</u>**

Respectfully submitted on this twenty second day of March 2022 (3/22/2022),

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**
<u>Spoliation-notice@mailbox.org</u>

## COMPLAINT

### *BACKGROUND*

1.        **Non-attorney Plaintiff D. George Sweigert** (D. G. Sweigert) brings this action against a social media business owner that operates a QAnon-based Political Opposition Research (P.O.R.) agency that acts as a conspiracy theory network known as <u>CrowdSource The Truth</u> (CSTT), which distributes defamatory communications that is broadcasted to the Michigan public in general and is publicized to a large number of people in a reckless and outrageous manner.

2.        Plaintiff is the estranged brother of the **George Webb Sweigert,** who is not a stranger to this Court.  George Webb Sweigert filed two lawsuits in this Court, *Sweigert vs. C.N.N.*, 20-cv-12933-GAD and *Sweigert vs. Jason Goodman*, 22-cv-10002-GAD-KG.

3.         The **Defendant Jason D. Goodman** of New York City is George Webb Sweigert's former business partner that operates the CrowdSource The Truth social media brand. The Defendant is known in Internet circles as a Roger Stone-ish expert in social media "dirty tricks" and news story hoaxes.  The Defendant has developed a social media short hand for the Plaintiff and George Webb Sweigert as the "Sweigert brothers" or "Super Mario Brothers".

4.        Mr. Goodman has a sophisticated cadre of friends that include political operatives that regularly appear on his podcasts, which includes a host of attorneys.  The Defendant has deep connections with media relations experts that include Dr. Jerome Corsi, PhD who is considered to be the architect of the infamous Sen. John Kerry SWIFT BOAT scandal of 2004, see the book *Unfit For Command: Swift Boat Veterans Speak Out Against John Kerry* by Jerome Corsi, August 2004.

5.      Defendant Goodman is the sole owner of the corporate entity that owns the trademark for CrowdSource The Truth, a New York State chartered corporation known as Multimedia System Design, Inc. (M.S.D.I.).  M.S.D.I. has also operated a presumed "D/B/A" in both New York and California known as "**21ˢᵗ CENTURY 3D**" (21C3D).  21C3D is a legal fiction that solicits funds and credit card payments via the Internet.  These enties, under Goodman's control, are the instrumentalities used for credit card fraud.

6.      The CrowdSource The Truth brand is promoted as a "fact checking service" on a public social media video distribution network that consists of at least 13 public social media properties (YouTube, Facebook, Bit-Chute, Twitter, etc.) and two (2) private video servers PATREON and SUBSCRIBESTAR (located in Russia).

7.      The (1) public component (13 social media properties) accessible by the public and serves as an advertising device, and (2) the private component accessible on a subscriber / membership basis (such as a gentlemen's club, MATCH.COM or TINDER.COM).



https://www.youtube.com/channel/UC2lcaABsK-5OFfYb6P9nP3Q

8.     YOUTUBE.COM, RUMBLE.COM and other publicly accessible social media Internet servers in Michigan provide access to Mr. Goodman's video content.  Mr. Goodman solicits memberships, via credit card payments, to both PATREON and SUBSCRIBESTAR Internet video podcast sites – which makes content available only to credit card paying "patrons", operating behind a "paywall" that can only be accessed by direct financial supporters ("patrons") only.

9.     Mr. Goodman also solicits funds, personal checks and money orders via his address for 21C3D prominently displayed on his CROWDSOURCETHETRUTH.ORG website.



https://crowdsourcethetruth.org/

10.     Defendant Goodman solicits memberships and contributions from the citizens of Michigan via the interstate wires of the Internet.  CrowdSource The Truth podcasts on PATREON/SUBSCRIBESTSAR are accessible only over the interstate wires of the public Internet service after a subscriber's credit card has been charged transaction fees.



Counterlawfare Update – StupidMario World Flames Out! Failu...

2,722 views · Streamed 2 days ago

Webb of lies falls apart as "David v Goliath" CNN case gets dismissed six ways to Sunday.

subscribe to Crowdsource the Truth on Rumble - https://rumble.com/user/csthetruth
subscribe to Crowdsource the Truth on Odysee - https://odysee.com/@Crowdsourcethetru......

READ MORE

https://www.youtube.com/watch?v=qTuXPFoZERk

---

*Crowdsource the Truth 5*

*9.59K subscribers*

*SUBSCRIBE*

*Webb of lies falls apart as "David v Goliath" CNN case gets dismissed six ways to Sunday.*

*subscribe to Crowdsource the Truth on Rumble - https://rumble.com/user/csthetruth*

*subscribe to Crowdsource the Truth on Odysee - https://odysee.com/@Crowdsourcethetru...*

*Please sponsor the Crowdsource the Truth Counterlawfare Fund at*

*http://www.crowdsourcethetruth.com.*

*Become a sponsor & enjoy exclusive content on SubscribeStar & Patreon*

*Get a FREE 3-Day trial at http://www.subscribestar.com/crowdsou...*

*http://www.patreon.com/crowdsourcethe...  http://paypal.me/crowdsourcethetruth*

*Visit http://www.crowdsourcethetruth.com*

https://www.youtube.com/watch?v=qTuXPFoZERk

11.   To attract subscribers and donations to the paid Internet service, members of the Michigan public are solicited via public social media sites (YOUTUBE.COM, RUMBLE.COM, Twitter, Facebook, etc.) to become subscribers and members with credit card payments to view privatized video podcasts on PATREON/SUBSCRIBESTSAR.

12.     Mr. Goodman distributes two-part "dirty trick" broadcasts disguised as conspiracy theory podcasts.  PART ONE of a podcast is distributed on an open platform (YOUTUBE, BITCHUTE, RUMBLE, Twitter, Facebook, etc.), PART TWO of the video subject is broadcast on a closed platform (PATREON/SUBSCRIBESTAR).

*Both Patreon and SubscribeStar are subscription-based membership sites. Unlike YouTube or blogging, where you create and publish content for free, only people who sign up for a membership can access your content on Patreon or SubscribeStar (though some content can be made available to the public for free).*
https://rigorousthemes.com/blog/subscribestar-vs-patreon/#:~:text=Five%20percent%20service%20fee%3A%20This,3.5%20percent%20%2B%20%240.30%20per%20transaction.

13.     Since at least June 2021 information (passed off by Goodman as *empirical evidence*) has been provided in both public and private podcasts, to include allegations of criminal conduct about the Plaintiff which are materially false.  Commencing in June 2021 Defendant Goodman began publishing fact statements regarding a criminal conspiracy (defamation *per se*, defamation by implication) to reveal his newly discovered conspiracy by third party tortfeasors to commit fraud upon this very Court by both Sweigert brothers (SUPER MARIO brothers) and the Court employee, Administrator aka *pro se* coordinator, (Richard Loury).  This instant Complaint is focused on such statements that commenced a year prior to the docketing of this Complaint.

14.     While operating CrowdSource The Truth platforms, Defendant has been engaging in the unfair acts and practices alleged in this Complaint which have resulted in injuries and damages to the Plaintiff in excess of $75,001.00.  These damages include business defamation,

invasion of privacy by false light, defamation *per se*, slander *per se*, libel *per se*, international infliction of emotional distress (I.I.E.D.).

15.     The Plaintiff owns certain intellectual property rights, including all rights of publicity associated with the Plaintiff's education, career reputation and professional persona. The Plaintiff has published numerous white papers, articles and treatises on ethical hacking, network security, emergency management, protection of critical infrastructure, etc.  To this end, prior to the Defendant's reckless attacks on his professional reputation, the Plaintiff enjoyed a professional reputation on the Internet.  The Plaintiff's name, photograph and likeness have tremendous value, in particular to the industries associated with cyber security infrastructure protection aka "network security", etc.

16.     The Defendant has published materially false statements concerning the professional competency and abilities of the Plaintiff who is a Certified Ethical Hacker and has published many training documents, including a training document known as the *Certified Ethical Hackers Field Operations Manual*.  Such statements by the Defendant are of no legitimate interest to the public, rather they are part of an on-going smear campaign.  These unprivileged statements of Plaintiff's supposed criminal conduct have resulted in special harm to the Plaintiff's business, technical and professional reputation.  Further, each and every time Mr. Goodman has a technical glitch with his podcast equipment, he is quick to implicate "that ethical hacker", known to be the Plaintiff.



https://twitter.com/JGoodman_CSTT/status/1504943754221965317?cxt=HHwWisC-
1d6X0eIpAAAA

17.     The Plaintiff likeness, name, image and persona (violation of right to privacy)
have been used as part of a long-term false advertising campaign since at least one year ago by a
so-called "fact checking service" provided by CrowdSource The Truth to lure and entice
Michigan's consumers to the Defendant's "pay-wall" videos available at PATREON.

18.     Defendant has acted in an extreme and outrageous manner to accuse the Plaintiff
of criminal conduct under a false advertising campaign resulting in professional disparagement.
This long-term false advertising campaign labels the Plaintiff as a "Deep State" actor (as if fact)
that is a member of a pedophile protection network (child sex trafficking) that supports the
blackmail of U.S. Government officials (cultural shorthand "QAnon").  The Defendant has, in
the preceding twelve (12) months, added a new slander against the Plaintiff of criminal conduct
related to the publishing of a PDF court document in the Michigan Eastern District (M.I.E.D.)
lawsuit *George Webb Sweigert v. Cable News Network* (- 2:20-cv-12933-GAD-KGA).

19.     The Defendant filed an Amicus Brief in litigation (**docket 20**, 2:20-cv-12933-
GAD-KGA, *Sweigert v. CNN*) which alleged fraud upon the court perpetrated by the *pro se*
coordinator of the Court, who apparently was in a conspiracy with the Plaintiff according to Mr.
Goodman.  Defendant then used the Amicus brief to build a narrative of a criminal conspiracy
that was disseminated in a dozen video productions (defamation by implication).



https://twitter.com/JGoodman_CSTT/status/1504954872273285126?cxt=HHwWjMC9zf
Ke1uIpAAAA

20.     In his two-page brief, titled BRIEF OF AMICUS CURIAE JASON GOODMAN

IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, Defendant Goodman explains that

he "is a pro se non-attorney, non-party to this case," then Goodman declares that he "comes now

as a friend of the court to share facts and evidence Goodman alleges reveal a fraud on the court

intended to affect the outcome of this case."  *Sweigert v. CNN*, Case 2:20-cv-12933-GAD-KGA

ECF No. 20, PageID.244 Filed 07/20/21 Page 2 of 4.

21.     Concurrently with the filing of the Amicus brief, the Defendant published a public

podcast with his then attorney John H. Snyder, New York City, describing corruption in the

M.I.E.D.; *The Counter Lawfare Report with Attorney John Snyder – Allegations of Corruption in*

*Federal Court,* June 30, 2021.





The Counter Lawfare Report with Attorney John Snyder – Allegations of Corruption in Federal Court

1,342 views • Streamed live on Jun 30, 2021

https://www.youtube.com/watch?v=MVzocok1fy8

Crowdsource the Truth 5
8.95K subscribers
SUBSCRIBE
The Counter Lawfare Report retuns to Crowdsource the Truth with a new legal expert. Harvard JD, tech entrepreneur and legal expert Jonathan Snyder joins me to explore allegations of corruption within the Federal Court system. This is going to be an explosive episode. Join us on SubscribeStar and Patreon.

22.      Below is a representation of the privatized version of the podcast content.



https://www.patreon.com/posts/counter-lawfare-53141470

23.     At the 10:12 time mark (from the above public video) the Defendant provides a teaser for the PATREON/SUBSCRIBESTAR privatized videos.

*Jason Goodman (10:12).  Before we begin our deep dive into this stunning evidence that – I want to remind our audience this isn't proof of fraud or corruption within the federal court – but were gonna show some shocking evidence that I believe is evidence of fraud and we're going to allow the audience to make their own decision.   We are going to be starting in just under five minutes at subscribestar.com slash crowdsource the truth and patreon.com slash crowdsource the truth.*



24.     The YOUTUBE.COM video podcast described above is, in fact, an advertisement device to lure Michigan consumers to the privatized videos on PATREON/SUBSCRIBESTAR.

The public video (see above) is a tease and lure which implies criminal activity will be examined.

25.     This lure and tease tactic is common amongst QAnon-based conspiracy theorists, such as Defendant Goodman (whom a federal judge has ruled "*traffics in wild conspiracy theories*").  The term "QAnon-based conspiracy theories" is, in the Plaintiff's view, the most succinct way of contextualizing <u>CrowdSource The Truth</u> and the baseless "investigations" that promote materially false statements.

26.     Defendant Goodman, and or his company (M.S.D.I.), is presently involved in three (3) separate federal lawsuits in the Southern District of New York (S.D.N.Y.).  The Plaintiff was the Plaintiff in the action *D. George Sweigert vs. Jason Goodman,* S.D.N.Y., 18-cv-08653 (VEC) (SDA).  Plaintiff withdrew the action on March 1, 2022 after four (4) years of litigation.  In that action the Defendant explains his behavior:

> "*Defendant Goodman filed an Amicus Curiae brief in Sweigert v CNN in which **he alleges and presents evidence that <u>Sweigert and Webb</u> perpetrated a fraud on the court, conspiring with or otherwise forging information pertaining to Richard Loury ("Loury") an employee of the District Court in Eastern District of Michigan.**  See 20-cv-12933-GAD-KGA ECF No. 12 (EXHIBIT G)"* [emphasis added] See S.D.N.Y., *Sweigert vs. Goodman,* Case 1:18-cv-08653-VEC-SDA Document 305 Filed 08/12/21 Page 6 of 47.

27.     On December 30, 2021 the Defendant published a public video podcast, entitled, *Ghost Town NYC – Hollywood Distorter's False Statements of Fact Favor EMMY Liars & Goodbye de Blasio*, (<u>https://www.youtube.com/watch?v=90_Jtqt-JtE</u>) , where he stated on camera:

*Jason Goodman (1:10:52) "If it wasn't for that pesky amicus brief, because you see, that presented evidence that supports the allegation that a forged document was placed on the docket, and it raises certain questions about who might have done that.  And I have a feeling, I don't know, and we won't know until the hearing happens, but I have a feeling,* **Judge Drain called that hearing because he wants to hear details about the evidence that I presented."** [emphasis added]

*"And the court does have the inherent power to conduct an investigation in the case that someone's trying to deceive them.  Fraud on the court is within their power to investigate and punish people; for they got marshals there, they can arrest people, stick them in jail, and stuff, so we'll see what happens."*



https://www.youtube.com/watch?v=90_Jtqt-JtE

28.     The three (3) S.D.N.Y. lawsuits involving Jason Goodman in some way have produced evidence that indicates CrowdSource The Truth is not a fact checking service (see "*Crowdsource The Truth is an Open Source Fact Checking "Truth Engine*" " https://www.patreon.com/crowdsourcethetruth ) but an alleged commercial for-profit behavioral enhancer and reinforcer of anti-Government conspiracy theories with close ties to key social media influencers of the so-called Q-Anon alt-right conspiracy theory movement with

similar commercial interests (to include TRUMP promoter Felix Sater, Lt. Gen. Michael J.

Flynn, U.S.A., ret. and his personal attorney Sidney Powell (see sanctions statements against Ms.

Powell made by District Judge Linda V. Parker, *Timothy King v. Gretchen Whitmer*, Civil Case

No. 20-13134)).   Widespread reporting by Defendant about Sidney Powell and General Flynn

also demonstrates an affinity to Q-Anon based and hoax election conspiracy theories.   Pictured

below is the Defendant with General Flynn's attorney, Sidney Powell.



DOJ Playbook and The Persecution of General Flynn with Special Guests Joseph
Flynn & Sidney Powell

29.    Ms. Powell's meeting with Mr. Goodman took place in Dallas, Texas at an event

known as "The Patriots Roundtable at Operation Classified", November 2018, which is

promoted on Ms. Powell's website (see below).



https://www.sidneypowell.com/media/media/patriots-roundtable-at-operation-classified

30.     Below is a screen shot of the video podcast Mr. Goodman distributed from Operation Classified, Dallas, Texas.



Patriot's Roundtable at Operation Classified Scott Bennett, Robyn Gritz, Sidney Powell & Kevin Shipp

31.     A mainstream article chronicles Operation Classified.



*The three-day conference in November 2018 was called "Operation Classified"
and [promised](#) attendees they would "come away with a comprehensive understanding of
the Deep State." Featured speakers, gathered at a Hilton hotel in a Dallas suburb,
included militia leaders, anti-vaxxers, a UFO activist, as well as a former federal
prosecutor named Sidney Powell, who delivered a somber, noteless recitation in a folksy
Southern accent.*

*Powell was there as a [leading proponent](#), on cable news and in op-eds, of a
conspiratorial narrative advanced by the far right: that special counsel Robert Mueller's
Russia investigation was part of a plot by the intelligence community to force President
Donald Trump from office. Her talk was titled "Creeps on a Mission to Destroy the
President," a phrase she had coined on "Hannity" and then turned into a pro-Trump, T-
shirt-selling [website](#) to denounce Mueller and his team of investigators. "This goes so
deep and so wide, it is unbelievable," Powell said with a heavy sigh during her 40-
minute speech.*

https://www.politico.com/news/magazine/2020/01/17/maga-lawyer-behind-michael-
flynn-legal-strategy-098712



https://www.operationclassified.com/Events/PressReleaseDetails?Id=1

32.     Defendant Goodman has been an active and vocal proponent of "stolen election" conspiracy theories and has promoted Sidney Powell/General Flynn on his social media platforms.  Defendant Goodman widely promoted General Flynn's "oath to Q-Anon" in July 2020 and has published countless videos of General Flynn supporters such as retired Federal Bureau of Investigation (F.B.I.) agent Robyn Gritz, former aide to General Flynn.

33.     The stated business model (as proclaimed on the PATREON credit card service https://www.patreon.com/crowdsourcethetruth ) of CrowdSource The Truth orbits around the so-called collection and vetting of private facts that are published about individuals to a worldwide Internet audience for commercial gain via PATREON/SUBSCRIBESTAR "credit card merchant account" transactions.  This also includes the practice of sham legal litigation filings (such as his Amicus brief in *Sweigert v. CNN*) by Defendant Goodman to support fund raising for the COUNTER LAWFARE FUND (which solicits donations, tributes, and funds from the general public for "legal advocacy").

17

*A payment processor will apply a Processing Fees of 2.9% + $0.3 on average - to each subscription/transaction made toward Star's account. This amount will be subtracted from the Star's monthly earnings. These fees go directly to the processing entities.*
https://www.subscribestar.com/pricing

34.     Widely published claims are made by the Defendant that <u>CrowdSource The Truth</u> conducts "investigations" as a "fact checking service" which in fact is a fraudulent claim made with the intent to defraud the consumer public of Michigan by directing financial contributions, tributes, donations and other pecuniary benefits to the Defendant.

35.     Claims presented to the public via social media by the Defendant assert that his "investigations" are conducted as a COUNTER LAWFARE initiative to protect the Defendant from "Deep State" operatives using the legal system to quench his "journalist endeavors". COUNTER LAWFARE is another hoax and scam that is published with the intent to defraud the public in reckless disregard of the truth for deceptive purposes (see "*Crowdsource The Truth is an Open Source Fact Checking "Truth Engine"*" at

https://www.patreon.com/crowdsourcethetruth ).

36.     The intentional and fraudulent misrepresentations by Defendant Goodman include "investigations" into the background of individuals, like U.S. District Court for the Eastern District of Michigan (M.I.E.D.) staffer Richard Loury, to "expose" "Deep State" affiliations, and that such private "facts" are then vetted by the "crowd" for substantiation.

37.     <u>CrowdSource The Truth</u> has been embedded within the Q-Anon social media culture ever since June 14, 2017 when direct actions by the Defendant Goodman and Plaintiff George Webb Sweigert ("GEORGE WEBB") forced the closure of the Port of Charleston, South Carolina due to an Internet hoax created by the "C.E.O." and "GEORGE WEBB" (Plaintiff).

38.     The "Port of Charleston dirty bomb hoax" was widely reported in the mainstream

press in the days following June 14, 2017.  This includes the New York Times

( https://www.nytimes.com/2017/06/15/us/port-dirty-bomb-south-carolina.html ), Cable News

Network ( https://money.cnn.com/2017/06/16/media/port-of-charleston-dirty-bomb-conspiracy-

theory-shutdown/index.html ), TIME Magazine ( https://time.com/4820968/port-of-charleston-

bomb-threat-conspiracy-theorist/ ), REUTERS ( https://www.reuters.com/article/us-south-

carolina-terminal-threat/fbi-opens-probe-of-false-dirty-bomb-threat-at-south-carolina-port-

idUSKBN1960DN ), television stations ( https://abcnews4.com/news/local/wando-welch-port-

terminal-evacuated-for-threat ), New York Post ( https://nypost.com/2017/06/15/coast-guard-

investigating-dirty-bomb-threat-claim-at-charleston-port/ ), to name a few.

39.     More recently, a film documentary has tied "behind the scenes" personages

related to Defendant Goodman and Plaintiff GEORGE WEBB to the Port of Charleston incident.

These personages were heavily involved in the creation of a Delaware corporation known as

"ShadowBox Strategies" which openly commercialized reputational destruction tactics via social

media smear campaigns designed to mimic the Israeli-influenced intelligence group known as

"Black Box".

40.     These activities have been widely documented and reported in the VICE NEWS

documentary.  In a pre-release announcement of the VICE NEWS documentary, published

01/13/2021, entitled, "*Where Did QAnon Come From*?", it states (in relevant part): "The series

delves into the murky online world where Q emerged and speaks with key QAnon figures,

including Manuel Chavez III, who claims to have come up with the idea for Q as part of a LARP

(live-action role-playing game); and former CIA officer Robert David Steele, who's become a

revered figure in QAnon circles."  ( https://www.vice.com/en/article/dy8ww7/where-did-qanon-

come-from ) See also ( https://www.vicetv.com/en_us/video/who-is-q/6000c15fbf6a2852a3354834 ) and Financial Times article ( Is QAnon a game gone wrong? | FT Film | Financial Times ).

41.     Manuel Chavez, III played a key role in an "investigation" of the so-called Seth Rich murder files commenced by both GEORGE WEBB and Defendant Goodman in the weeks prior to the Port of Charleston dirty bomb hoax.  In May of 2019 Defendant Goodman collaborated with Manuel Chavez, III in the release of two hundred (200) e-mail messages related to the "ShadowBox" reputation destruction service.

42.     Immediately prior to the Port of Charleston incident, GEORGE WEBB appeared with Robert David Steele on a live video podcast produced and managed by Defendant Goodman for the purposes of raising $38,000 to fight the "Deep State".

43.     For at least the previous three (3) years the "C.E.O." of M.D.S.I. the Defendant, acting in his personal and business capacities, has been using the operation of CrowdSource The Truth to destroy the technical, industry-based, business reputation of the Plaintiff with an all-encompassing public relations destruction campaign carried out on over thirteen (13) social media outlets to link the Plaintiff with this "Port of Charleston dirty bomb hoax".  These statements regarding cooperation, associations, communications between the Plaintiff and GEORGE WEBB by Defendant Goodman are known to be false and are published in reckless disregard by the Defendant for the purposes of injuring the Plaintiff.

44.     The VICE NEWS documentary accurately insinuates that multiple "behind the scenes" personages contributed to the "Port of Charleston" incident as a catalyzing event to prepare the inauguration of the QAnon conspiracy.  The principal personages involved have been associated with large financial contributors to DONALD TRUMP related public relations

initiatives.  Professional public relations consultants orbit this constellation of actors; to include

life-long friend of the Defendant Goodman Brad Parscale, chief social media campaign strategist

for the TRUMP CAMPAIGN, Roger Stone, former TRUMP adviser, "Doctor" Jerome Corsi,

PhD author of QAnon related books, see *Killing the Deep State The Fight to Save President*

*Trump*, Corsi, Jerome R.), former FOX NEWS correspondent Edward Butowsky, and other

"digital soldiers" to include Manuel Chavez, III (Carson City, Nevada) and Thomas

Schoenberger (Provo, Utah).  Seen below is Defendant Goodman with Roger Stone.



45.      For the previous three (3) years the "C.E.O." and sole owner of M.D.S.I., the

Defendant has used the business resources of these his companies, using the CrowdSource The

Truth trademark, to link the Plaintiff with the underground of "behind the scenes" players

responsible for the Port of Charleston closure (for a radiological device detection sweep with

incident involvement from over 200 public safety responders).  This includes the widespread

publishing of artwork, podcasts, and other media to implicate the Plaintiff as a "Deep State

Dunce" working in harmony with Mr. Chavez and Mr. Steele.  All of the "working in concert"

allegations raised by the "C.E.O" Defendant against the Plaintiff are completely false but were

willfully published by the "C.E.O." via CrowdSource The Truth media properties with

knowledge of their falsity.  A year's long false advertising campaign capitalized on these

falsifications across a widespread social media network to ensure maximum audience penetration.  The <u>CrowdSource The Truth</u> social media footprint is listed below:

- YouTube.com channel entitled "21c3D" [21st Century 3D]
  <u>https://www.youtube.com/user/21c3D</u>
- Patreon.com channel entitled "crowdsourcethetruth"
  <u>https://www.patreon.com/crowdsourcethetruth</u>
- Facebook.com channel entitled "Crowdsource The Truth".  [Public Group]
  <u>https://www.facebook.com/groups/crowdsourcethetruth/</u>
- Facebook.com channel entitled "Crowdsource-The-Truth
  <u>https://www.facebook.com/Crowdsource-The-Truth-1331354320209243/</u>
- Instamgram.com channel entitled "crowdsourcethetruth"
  <u>https://www.instagram.com/crowdsourcethetruth/</u>
- Redbubble.com channel entitled "crowdsource-the-truth"
  <u>https://www.redbubble.com/shop/crowdsource+the+truth</u>
- Subscribestar.com channel entitled "crowdsourcethetruth"
  <u>https://www.subscribestar.com/crowdsourcethetruth</u>
- Twitch.tv channel entitled "crowdsourcethetruth"
  <u>https://www.twitch.tv/videos/170314609</u>

## *SPECIFIC ALLEGATIONS*

46.    CrowdSource The Truth (under the control of Defendant Goodman) smears human targets for reputation destruction under the guise of conducting hoax "investigations", like the accusations of a criminal corruption conspiracy within the M.I.E.D.   The "C.E.O." and sole owner of M.D.S.I., the Defendant, acting in his personal and business capacities, utilizes <u>CrowdSource The Truth</u> as a "QAnon-based" public relations narrative delivery system. Collective behavior of "patrons" or the "crowd" is directed by the "C.E.O." to facilitate cyber

mob attacks on individuals (like the Plaintiff), or the *pro se* coordinator for M.I.E.D. Richard
Loury.

47.    Defendant has alleged in numerous podcasts to the public that Richard Loury
(employee of M.I.E.D.), the Plaintiff and his brother "GEORGE WEBB" have participated in
some sort of court fraud upon the court and face "criminal charges" (false light), see January 29,
2022, *Crowdsource the Truth* livestream titled, *Ghost Town NYC-Bomb Cyclone Edition
Blizzard '22*.   As Defendant Goodman stated in the video:

> **Jason Goodman**: (51:52) *It's amazing the number of people who are in the professional
> harassment business.  It's so bad the Super Mario brothers (a reference to the Sweigert
> brothers), I can't believe I haven't spoken about them.  There's been a lot of stuff going
> on with them.  They seem to be concerned about Detroit.  Did people catch my discussion
> about traveling to Detroit?  It was a big pain in the ass.  The hearing got
> cancelled...hearing got cancelled and I think I, I think I know why, I don't want to say
> too much about it because these are ongoing things, but Super Mario brothers should be
> very concerned about Detroit."*
>
> *(52:58) "I spoke to their buddy Richard again yesterday.  Yes I did...have people calling
> that stupid Mario brothers.  Uh there's a lawsuit in the Eastern District of Michigan, but
> there was another filing in the suit yesterday and Richard Loury (of the Michigan Eastern
> District court staff) left his name on it.  This guy's not too smart and they're going to be
> in a lot of trouble.  I don't think they fully appreciate what's going on."*
>
> *(54:46) "If anybody had any questions If Mr. Loury were or were not guilty, I called him
> up, he answered the phone.  I said Richard are you all right?  Your voice sounds a little
> rough.  And he said who's this?  I said,  it's Jason.  He said I'm okay.  I said you've been
> with George, what's going on with that?  Click.  Hung up the phone.  I don't
> know personally, is that the way an innocent guy would act?"*
>
> *(55:53)  " I think when we finally get to speak with Judge Drain in the Eastern District of
> Michigan, it hit with a barrel."*

48.     The false light implication is that Richard Loury is working in a clandestine and covert manner to corrupt the processes of the Eastern District of Michigan.  The video screenshots appear below ( https://www.youtube.com/watch?v=7LlPmHUz7Qs ).



49.     In a Twitter tweet of Feb. 13, 2022, Jason Goodman referred to the Plaintiff as "SUPER MARIO BROTHER".  This is an example of how the Defendant uses "talk around" to continue advertisement of privatized video content where actual names of individuals are masked to the public, but revealed on PATREON/SUBSCRIBESTAR audiences.



50.     On January 18, 2022 the Defendant traveled to Detroit, Michigan with the intent

to attend a hearing in *Sweigert v. CNN*.  It is believed that while in Detroit the Defendant met

with a federal law enforcement special agent to provide his allegations of the criminal conspiracy

(defamation by implication) involving the Sweigert brothers (aka SUPER MARIO brothers) and

Richard Loury.  Below is a public video podcast the Defendant made while in Detroit.



https://www.youtube.com/watch?v=SSinKt_0PZE

51.    On Jan. 28. 2022, Jason Goodman, d/b/a as CrowdSource The Truth, published a

Twitter tweet after hanging up the phone with Richard Loury.



52.    The above tweet makes reference to a CrowdSource The Truth social media

podcast known as the "COUNTER LAWFARE REPORT".  The hoax investigations (as depicted

above) are designed to promote anti-social behavior, such as cyber mob attacks, glamorization of

doxing, and incitement to violence as seen with the insurrection at the U.S. Capitol on January 6,

2021.  Outlined below is a typical video of Mr. Goodman concerning the "felonies" and

"violations of federal law" that have taken place as a result of the Plaintiff's conspiracy with

Richard Loury and GEORGE WEBB.



https://www.youtube.com/watch?v=VQAFqyoliBA

Above: Example of Mr. Goodman's references to Plaintiff, "Mario Luigi, Super Mario Brother"

i believe that is a federal crime i
think we're going to find out

53.      Both "GEORGE WEBB" Sweigert and Defendant Goodman are well versed in

"political opposition research" (P.O.R.).  These tactics (P.O.R.) have been wildly used by the

Defendant's associates like conservative talk show host and author Larry Klayman, esq.

Defendant Goodman has participated in many sham P.O.R. social media podcasts directed at

federal jurists in the District of Columbia, where Mr. Klayman has been suspended from the

practice of law.  Below Mr. Goodman is seen on the left, Mr. Klayman on the right.



https://www.youtube.com/watch?v=Ozi2DI93s0A


54.      From a Larry Klayman issued press release (see below).



## Freedom Watch Founder Larry Klayman Announces Criminal Indictment Of Special Counsel Robert Mueller By Citizens Grand Jury

*WASHINGTON, June 27, 2019 /PRNewswire/ -- Today, Larry Klayman, a former federal prosecutor and the founder of Freedom Watch (www.freedomwatchusa.org) announced the criminal indictment of Special Counsel Robert Mueller by a citizens grand jury for the alleged crimes of witness tampering, obstruction of justice, attempting to suborn perjury and other illegalities. A copy of the indictment, jury instructions, verdict form and related documents can be found on Freedom Watch's website along with a video of the grand jury proceedings. Filming the proceedings as well as offering testimony about Mueller's alleged illegal grand jury leaks was Jason Goodman, CEO of Crowdsource the truth. The video of the proceedings can also be found at the links below:*

***Freedom Watch YouTube Channel***
*https://www.youtube.com/freedomwatch*

***Crowdsource the Truth Channel***
*https://www.youtube.com/c/JasonGoodmancrowdsourcethetruth*

55.     Mr. Klayman and Mr. Goodman appear in a joint production known as the

CITIZENS GRAND JURY, which purports to issue criminal indictments against personages.



www.youtube.com › watch

## Prosecutor Larry Klayman Presents the Indictment of Dr ...

**Prosecutor Larry Klayman** reconvenes the Citizens' Grand Jury to complete the indictment of Dr. Anthony ...

Aug 5, 2021 · Uploaded by Citizens Grand Jury

https://www.youtube.com/watch?v=l88bAXGTd9w



https://www.youtube.com/watch?v=l88bAXGTd9w



https://twitter.com/LarryEKlayman/status/1453918244664051846

56.     Both "GEORGE WEBB" and the Defendant were predominantly featured in social media podcasts at the U.S. Capitol insurrection on 1/6/2021.  On several occasions Defendant sponsored joint podcasts with the conspiracy channel, hosted by Alex Jones, known as "INFOWARS" (caveat: a former INFOWARS reporter, Joseph Randall Biggs, was arrested on 1/20/2021 for his involvement in the 1/06/2021 Capitol insurgency [ https://www.justice.gov/opa/page/file/1357251/download ]).

57.     Likewise, Mr. Jones has appeared on the Defendant's podcast known as "CrowdSourceThe Truth" channels 2 and 3 on YouTube.COM for the purposes of peddling far-right extremism and radicalization.  Mr. Jones apparently originated the term "social engineers" to describe "Deep State" traitors. ( https://tvassets.infowars.com/index/display/id/6138/page/398 ).  The "C.E.O." and sole owner of M.S.D.I., the Defendant uses the term "social engineer" to describe the Plaintiff (on at least three dozen video podcasts).

58.     PATREON has supposedly cleared its platform as of 10/22/2020 of Q-Anon related conspiracy theories with the following text in a PATREON announcement:

> "While Patreon does not propagate this content directly, there are a small number of creators on the platform who have supported the QAnon conspiracy theory with their work. Because of this, and the fact that we have seen a number of other online platforms become overrun with pages and groups actively focused around QAnon disinformation, we are taking action.  In an effort to assess and combat this growing threat, Patreon's Policy and Trust & Safety teams have individually identified the creator accounts that have engaged in spreading QAnon-supporting disinformation."
> ( https://blog.patreon.com/update-to-patreons-policies-qanon )

## *PARTIES*

### **PLAINTIFF**

59.     At all times described herein, the Plaintiff is a *pro se* non-attorney layman that has suffered Article III (U.S. Constitution) injuries and damages and seeks redress in the federal courts.  Plaintiff has suffered the dilution of his career in the emergency medical services and the emergency management field as a direct result of the activities of the Defendant.

60.     Plaintiff is a private figure.

61.     The Plaintiff, an Honorable Discharged U.S. Air Force veteran, is a licensed Emergency Medical Technician, a former member of the Livermore-Pleasanton Fire Department Community Emergency Response Team (LPCERT), a licensed ham radio operator, a 2018 graduate of Las Positas College (LPC) (with honors) with a degree in Network Security (attended LPC under a Veterans Educational Assistance Program), who became a Certified Ethical Hacker (U.S. Department of Defense cyber defense program (DoD 8570.01-Manual)) and is a California Emergency Management Specialist as certified by the Governor's Office of Emergency Services (CalOES).  The Plaintiff has self-published a dozen white papers on cyber security of critical infrastructure as well as the book "*Certified Ethical Hackers Field Operations Guide*".  The Plaintiff's private plan for launching an emergency wilderness medical training academy has been severely obstructed by the Defendant.

### **DEFENDANT GOODMAN**

62.     Defendant Goodman controls M.S.D.I. as a New York State chartered corporation that has published announcements that the C.E.O. of said enterprise is known as "Jason Goodman" and operates other affiliates such as 21C3D.  As stated on a public website, 21C3D "maintains" offices in New York and Los Angeles (21C3D 505 8th Avenue, New York, N.Y.

10018 and 3450 Cahuenga Blvd, West, Los Angeles, California 90068 (see "21st Century 3D is

a full-service stereoscopic 3D motion picture production company with offices in New York

City and Los Angeles.")).

63.     The CROWDSOURCETHETRUTH.ORG website contains the phrase

"Sponsorship By Mail:  21st Century 3D, 252 7th Avenue, New York, N.Y. 10001" (home

address for Jason Goodman).  The e-mail address provided is:

truth@crowdsourcethetruth.org .  The Internet domain 21STCENTURY3D.COM shows

registration information as belonging to: jason@21stcentury3d.com.  Plaintiff is informed and

believes and based theron alleges that M.S.D.I. and/or 21C3D was at all times relevant hereto

controlled by Defendant Goodman, using a corporation organized under the laws of the State of

New York, with principal place of business located at 252 7th Ave, #6s, New York, NY 10001.

64.     On the website www.truthcomestolight.com the following biography appears

(apparently written by Mr. Goodman), "Jason Goodman is an investigative reporter and founder

of Crowdsource the Truth.  He is also founder and CEO of 21st Century 3D, an internationally

[sic] company, recognized for innovation in production techniques and stereoscopic 3D

technology development.  **Support Jason on Patreon and view exclusive subscriber content:**

**patreon.com/crowdsourcethetruth** "  [emphasis added]  ( Lawyers' Committee for 9/11

Inquiry: New Grand Jury Petition Seeking Anthrax Probe – Truth Comes to Light ). [emphasis

added] Note: some refer to Goodman as a "PAYtriot" or a person who seeks to exploit the Q-

Anon movement for financial gain.

65.     The National Academy of Television Arts and Sciences (NATAS), organizer of

the "EMMY" Awards, has a legal action against M.S.D.I.'s D/B/A "CrowdSource The Truth"

for trademark infringement in the S.D.N.Y. (*The National Academy of Television Arts and*

*Sciences, Inc. et al v. Multimedia System Design, Inc.,* 1:20-cv-07269-VEC).

( https://www.hollywoodreporter.com/thr-esq/television-academy-sues-after-emmy-statuette-given-coronavirus ).

66.     The "C.E.O." Defendant maintains a close relationship with Q-Anon affiliates but is careful not to actually mention the word "Q-Anon".  However, in the above referenced lawsuit (*NATAS vs. MSDI*) the presiding judge Valerie E. Caproni remarked M.S.D.I. "*traffics in wild conspiracy theories,*" (id., 2021 WL 3271829, at \*1 (S.D.N.Y. July 30, 2021)).  Judge Caproni also admitted at an October 25, 2021 show cause hearing for Jason Goodman's alleged contempt of court, "*this sounds like Q-Anon*".  The "C.E.O." Defendant prefers to use coded references such as "*the 17th letter of the alphabet*" on his podcasts.  Paragraphs 47 thru 49 deleted.

### DEFENDANT SUBSCRIBESTAR

67.     SUBSCRIBESTAR is an alleged Wyoming chartered business entity operating with addresses 1603 Capitol Ave Ste 310A344 Cheyenne, WY, 82001-4569 and 30 N Gould St, Ste 5085, Sheridan, Wyoming, 82801.

68.     The SUBSCRIBESTAR webs-site "splash" page contains the following language, "All copyrights belong to their respective owners. Images and text owned by other copyright holders are used here under the guidelines of the Fair Use provisions of United States Copyright Law.© 2022 SubscribeStar."

**2021**     **Limited Liability Company Annual Report**

Due on or Before:     August 1, 2021
ID:     2017-000767218
State of Formation:     Wyoming
License Tax Paid:     $50.00
AR Number:     06325003

For Office Use Only
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY
82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

### Starcling, LLC

1: Mailing Address
   1603 Capitol Ave Ste 310 A344
   Cheyenne, WY 82001

2: Principal Office Address
   1603 Capitol Ave Ste 310 A344
   Cheyenne, WY 82001

   Phone: (310) 985-4366
   Email: business@subscribestar.com

_Current Registered Agent:_
United States Corporation Agents, Inc.
1623 Central Ave Ste 18
Cheyenne, WY 82001

• Please review the current Registered Agent
information and, if it needs to be changed or updated,
complete the _appropriate_ Statement of Change form
available from the Secretary of State's website at
http://soswy.state.wy.us

https://wyobiz.wyo.gov/Business/FilingDetails.aspx?eFNum=13022516713918404707702122819424608914412314120

69.     The SUBSCRIBESTAR webs-site "Terms and Conditions" page displays, "This website is operated by Starcling, LLC, a US entity. Throughout the site, the terms "we", "us" and "our" refer to Starcling, LLC as a company. The terms "Service", "Platform", "SubscribeStar", "this site" refer to this website as a platform and the services offered by us."

70.     Starcling, LLC has been issued ID no. 2017-000767218 by the State of Wyoming and was formed 31 August 2017 .

https://wyobiz.wyo.gov/Business/FilingDetails.aspx?eFNum=13022516713918404707702122819424608914412314120



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

**WY Secretary of State**
FILED: 12/07/2021 11:37 AM
Original ID: 2017-000767218
Amendment ID: 2021-003497825

## Update Form

Name of Entity: STARCLING, LLC

ID#: 2017-000767218                           *Example: 2000-000123456*

The above entity is requesting an update be made to reflect their most current information:

Principal Address:

30 N Gould St, Ste 5085  Sheridan, WY 82801

Mailing Address:

30 N Gould St, Ste 5085  Sheridan, WY 82801

Phone: +1 (307) 381-0818

Fax:

Email: business@starcling.com

*(An email address is required. Email(s) provided will receive important reminders, notices and filing evidence.)*

Signature: _____          Date: December 1, 2021

Printed Name: MIKHAIL ZADVORNYY

Title: co-founder / BDO

**Form may be submitted by:**
Email: SOSRequest@wyo.gov
Mail-in: Refer to address at top of this form.



UpdateForm - Revised June 2021

71.     According to various business websites the Registered Agent on file for this

company is United States Corporation Agents, Inc. and is located at 1623 Central Ave Ste 18,

Cheyenne, WY 82001.  The company's principal address is 1603 Capitol Ave Ste 310 A344,

Cheyenne, WY 82001 and its mailing address is 1603 Capitol Ave Ste 310 A344, Cheyenne, WY 82001.

# Mikhail Zadvornyy

A.k.a. RedWorker

**Entrepreneur, Web Developer / Male / Far-Left**



Mikhail Zadvornyy is a far-left Entrepreneur and Web Developer who is a citizen of Russia, and has been associated with the following entities as either a significant contributor, participant, promoter, or beneficiary, according to our OSINT research:

Brands: Red Storm Lab, Red Storm Laboratory, Starcling, SubscribeStar

https://hucksters.net/person/mikhail-zadvornyy

72.     The above Internet listing states, "Mikhail Zadvornyy is a far-left Entrepreneur and Web Developer who is a citizen of Russia, and has been associated with the following entities as either a significant contributor, participant, promoter, or beneficiary, according to our OSINT research.  Brands: Red Storm Lab, Red Storm Laboratory, Starcling, SubscribeStar." Note OSINT means Open Source Intelligence.

73.     This individual apparently operates http://redstormlab.com/  Apparently this individuals' e-mail address is MZ@redstorm.lab .



https://www.subscribestar.com/



https://www.pinterest.ru/redworker/

## FIRST CAUSE OF ACTION

### Misappropriation of Right of Publicity Against Defendants

74.     Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 73, inclusive, as if fully restated herein.

75.     The conduct of Defendant, as alleged hereinabove, under the CrowdSource The Truth trademark, constitutes a knowing and unauthorized use of the Plaintiff's name, likeness, photograph and name for commercial purposes, which have substantial commercial value. Defendant used Plaintiff's name, photograph, and likeness knowingly and deliberately, without the prior consent of any of the Plaintiff.  Plaintiff has suffered actual damages as a result of Defendant's deliberate use of his names, photograph, and likeness on advertisements and other types of solicitations for goods or services (e.g. promotion of PATREON subscriptions). Defendant engaged in outrageous conduct, carried on with willful and conscious disregard of the rights of Plaintiff.  Each such use was unequivocally and directly for purposes of advertising or selling or soliciting purchases of subscription services by Defendant Goodman via M.S.D.I. / 21C3D / PATREON, such that prior consent was required.

76.     As set forth more fully above, Defendant's entire business is based around their harassment campaigns against the Plaintiff and other like situated individuals and creating content around the use of Plaintiff's name, photograph, picture, portrait and/or likeness, to solicit patronage by their fans.  Defendant's most lucrative use of Plaintiffs' name, photograph, picture, portrait and/or likeness, appears to be through Defendants' podcast, on PATREON, wherein Defendant solicits fees from their "patrons" or fans, to access their podcasts, which are principally based on using Plaintiffs' name, photographs, pictures, portraits and/or likenesses, as punching bags, and the basis of their shows, and the content therein.

77.     Defendant used Plaintiff's name, photograph, picture, portrait and/or likeness in numerous ways, to advertise, solicit, and promote their business to tens of thousands of listeners, fans, and consumers; and on a variety of formats, and popular digital platforms, including, but not limited to: PATREON, Facebook, YouTube, Twitter, Periscope, Bit-Chute, SubscribeStar, and countless others.

78.     In sum, this is considered "click-bait", or the use of a persona's persona to attract viewers to "click" on the podcast advertisement thumbnail (displayed in Google, LLC and YouTube, LLC search results).  The Plaintiff had no relationship to these advertisements in disguise that proclaim viewers should become "patrons" via the PATREON.com and/or SubscribeStar.com "pay-walls", or metered video content that requires pre-payment via credit card by subscribers.

79.     The Defendant's companies, operating at the direction of the C.E.O. Goodman, under the CrowdSource The Truth trademark, have made purely commercial video content, transmitted over the Internet wires, with the Plaintiff's likeness available on the PATREON and SubscribeStar podcast subscription credit card "pay for view" website.  Such commercial content

that attempts to establish a non-existent relationship with the Plaintiff does not qualify for the newsworthy privilege exemption.

80. All of these tortious video productions are displayed for view to the general public using an Internet browser to access video podcast content via Internet networked servers that are maintained on-line by entities that operate public social media platforms in the jurisdiction of this Court (e.g. Google, LLC, YouTube, LLC, PATREON, INC, etc.).

81. The foregoing described conduct demonstrates the manner in which the Defendant has violated the privacy of the Plaintiff.

### SECOND CAUSE OF ACTION

### Public Disclosure of Private Facts -- Against Defendants

### Violations of Right to Privacy and False Light

82. Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 81, inclusive, as if fully restated herein.

83. Defendant used Plaintiff's' name, photograph, picture, portrait and/or likeness, without his written consent, within the state of Michigan, for purposes of advertising or trade. Defendant's use of Plaintiff's name, photograph, picture, portrait and/or likeness, was a use in, or as part of, an advertisement or solicitation for patronage.

84. Defendant published, over the Interstate wires, and republished Plaintiff's name, photograph and/or likeness in multiple formats, including their own promotions and advertisements, websites, social media platforms.

85. Defendant's use of Plaintiff's name, photograph, image and/or likeness (violation of privacy and false light) – on countless occasions and in numerous formats - is clearly a recognizable likeness of the Plaintiff and is readily identifiable by someone familiar with him.

86.     This tort can be described as, "One who gives publicity to a matter concerning the private life of another is subject to liability to the other for invasion of his privacy, if the matter publicized is of a kind that (a) would be highly offensive to a reasonable person, and (b) is not of legitimate concern to the public." (Rest.2d Torts, § 652D.)

87.     Plaintiff claims that Defendant violated Plaintiff's right to privacy by his tortious conduct by the publicized private information concerning the Plaintiff, (false light) that a reasonable person in Plaintiff's position would consider the publicity highly offensive.

88.     That Defendant knew, or acted with reckless disregard of the fact, that a reasonable person in Plaintiff's position would consider the publicity highly offensive, that the private information was not of legitimate public concern (or did not have a substantial connection to a matter of legitimate public concern).

89.     That the Plaintiff was harmed, and that the Defendant's conduct was a substantial factor in causing Plaintiff's harm.

90.     The Defendants acting in the scope of his authority, released private information about the Plaintiff that was made public by either communicating said information via social media accounts controlled by the Defendant.

91.     Such social media accounts to include Twitter, YouTube, PATREON, SubscribeStar, Vimeo, Banned.Video, Facebook, BitChute, Periscope, etc.  These social media services were used to obtain commercial value by the morbid and sensational prying into private life of the Plaintiff for the sake of financial reward.

## THIRD CAUSE OF ACTION

**Intentional and/or Negligent Infliction of Emotional Distress  -- Against Defendants**

92.     Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 91, inclusive, as if fully restated herein.

93.     Plaintiff claims that Defendant's conduct caused him to suffer severe emotional distress due to the recruitment of "gang stalkers" (sufferers in the search for validation from their peers who desire to replace their unnerving emotion of diffuse fear with a determined and righteous anger) for the purposes of attacking the Plaintiff on social media outlets.  That the conduct of the Defendant was in reckless disregard to the probability that Plaintiff would suffer emotional distress, and that the Defendant intended to cause emotional; distress with his outrageous conduct which was a substantial factor in causing Plaintiff's severe emotional distress.

94.     The Defendant knew accusations of criminal conduct and fraud upon the court would have a detrimental impact on the Plaintiff's technical business career as a Certified Ethical Hacker, which would cause the Plaintiff to endure angst, anxiety, sleep disturbances and concern over future career opportunities.

**FOURTH CAUSE OF ACTION**

**Common Law Tort of Trade Libel – Against Defendants**

95.     Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 94, inclusive, as if fully restated herein.

96.     Plaintiff claims that Defendant, acting as a "C.E.O." in his personal and business capacities, harmed him by making a statement that disparaged Plaintiff's cyber security and critical infrastructure protection skills.  The Defendant, acting as a "C.E.O." published statements in a widely disseminated manner across a dozen social media properties that disparaged the ethics, skills, competence and quality of Plaintiff's cyber security and

infrastructure protection services. These insinuations, disparagements and slurs were known to the "C.E.O." to be false, but the Defendant corporations arranged for publication to tens of thousands of viewers, nevertheless.

97. That Defendant companies, under the "C.E.O.'s" control, knew that these statements and insinuations were untrue; but, acted with reckless disregard of the truth or falsity of these statement, which called out the Plaintiff by his name and likeness, photograph and/or persona which would cause employers and customers in the cyber defense industry to recognize the Plaintiff.

98. That the Defendant's companies, under the control of the "C.E.O.", acting in his personal and business capacities, knew or should have recognized that someone else might act in reliance on the statement, causing Plaintiff financial loss; and that the Plaintiff suffered direct financial harm because someone else acted in reliance on the statements; and that Defendants' conduct was a substantial factor in causing Plaintiff's harm.

99. That such statements were made in video content that appeared on the services YouTube.com, SubscribeStar.com and PATREON.com and were creations of the C.E.O. Defendant acting in his personal and business capacities.

**FIFTH CAUSE OF ACTION**

**False Advertising – Against Defendants**

**Violations of Lanham Act, 11 U.S.C. § 1125(a). Section 1125(a)**

100. Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 99, inclusive, as if fully restated herein.

101. That the Defendant "C.E.O." is engaged in the deceptive and false advertising concerning video podcasts available under CrowdSource The Truth brand, which are nothing

43

more than hoax journalism and are not to be considered – in any way – to be truthful.  This commercial speech, advertising in disguise, is designed to lure the general public to the PATREON and/or the SUBSCRIBESTAR page via the use of false, deceptive and misleading advertising.  These false misrepresentations are designed to deceive the public at larger in Michigan, as a reasonable consumer would assume that fact-checking and vetting is taking place as advertised.  In the mind of a reasonable Michigan consumer <u>CrowdSource The Truth</u> is a fact checking truth engine that relies on the crowd to vet facts.

102.     The "ABOUT US" definitions of <u>CrowdSource The Truth</u> that appears at <u>https://www.patreon.com/crowdsourcethetruth</u> are misleading, deceptive and designed to lure uniformed consumers; quoting in relevant part:

> "About Crowdsource The Truth
> Crowdsource The Truth is an Open Source Fact Checking "Truth Engine" and political social media movement.  We gather and disseminate raw intelligence and present it to our constantly expanding network of human brains for vetting, analysis and assessment. Crowdsource the Truth focuses on examining current events, public policy, history, truth in media and other topics of interest.  Members work together to collect and analyze data from around the web and around the world. Together, we will do our best to determine what is fact and what is fiction. Everyone is invited to participate but of course no one is required to.  If you see something you disagree with, challenge it with stronger evidence and logic or simply tune it out. This group is an Autocratic Democracy, to borrow some Orwellian doublespeak from those I wish to examine. I run it, but of course if the group dislikes my decisions the project will fail. All decisions will be subjected to group consensus. If anyone doesn't like the direction, please suggest a change or feel free to bow out."

103.     The foregoing statement is entirely false and designed to deceptively entice members of the consuming public in Michigan to provide credit card donations (as "patrons") to the Defendant and his companies.  There is no fact checking, issues are not vetted by the

community, there is no examination of "evidence", etc.  The attestation is false and designed to mislead the consuming public.  The "C.E.O." Defendant acting in his personal and professional capacities acted knew such claims as to a "Truth Engine" were false.

104.    Every CrowdSource The Truth video podcast placed on publicly available social media (YouTube, Twitter, FaceBook, Periscope, Bit-Chute, etc.) contains a solicitation to join the PATREON or SUBSCRIBESTAR fan page.  These solicitations are widely disseminated worldwide and to consumers in Michigan.  These social media footprints act as advertisement devices, or advertising in disguise.  These "teaser" public podcasts entice, lure, and direct the consuming public to become "patrons" on the PATREON fan page.

( https://www.patreon.com/crowdsourcethetruth )

105.    The Plaintiff has suffered financial hardship as a result of the commercial trade libel and commercial disparagement via the use of the Defendant's false advertising, which insinuates the Plaintiff is unfit to perform his professional duties as a Certified Ethical Hacker and is engaged in a criminal conspiracy with Richard Loury.

106.    These advertisement messages, transported over the Interstate wires, are untrue or misleading, which is known to the Defendant, or which by the exercise of reasonable care would have been known, to be untrue or misleading, which were disseminated as part of a plan or scheme with the intent not to provide truthful representations, truthful stories, truthful "crowdsourcing", etc.  The Defendant proceeded in reckless disregard of the truth to publish false and misleading information to the consuming public in Michigan.

107.    That the foregoing allegations violate the Lanham Act at 11 U.S.C. § 1125(a). Section 1125(a) which creates two distinct bases for liability: false association, and false advertising. The Plaintiff alleges the Defendant violated both Lanham Act provisions.

## SIXTH CAUSE OF ACTION

**Violations of the Federal Trade Commission Act, 15 U.S.C. § 45(a), which prohibits "unfair or deceptive acts or practices in or affecting commerce."**

108.    Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 107, inclusive, as if fully restated herein.

109.    Defendant's practices as described above constitute deceptive acts or practices in violation of Section 5 of the Federal Trade Commission (FTC) Act, 15 U.S.C. § 45(a).  Michigan consumers have suffered, and will continue to suffer, substantial injury as a result of Defendant's violations of the FTC Act.  In addition, Defendant has been unjustly enriched as a result of his unlawful acts or practices. Absent injunctive relief by this Court, Defendant will likely continue to injure consumers, reap unjust enrichment, and harm the public interest.

110.    Acts or practices are unfair under Section 5 of the FTC Act if they cause or are likely to cause substantial injury to consumers that consumers cannot reasonably avoid themselves and that is not outweighed by countervailing benefits to consumers or competition. 15 U.S.C. § 45(n).  Defendant's acts or practices in processing fraudulent and unauthorized transactions to consumers' accounts with the intent to defraud, as described in foregoing paragraphs above, have caused or are likely to cause substantial injury to consumers that is not reasonably avoidable by consumers themselves and that is not outweighed by countervailing benefits to consumers or competition. Such injury is the predictable result of the acts or practices described in the paragraphs above.

111.    Therefore, Defendant's acts or practices, as described above, constitute unfair acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C.§§ 45(a) and 45(n).

## SEVENTH CAUSE OF ACTION

### Defamation by Implication – Against Defendant

112.    Plaintiff repeats, re-alleges, adopts and incorporates each and every allegation contained in Paragraphs 1 – 111, inclusive, as if fully restated herein.

113.    That Defendant made statements that are materially false concerning any cooperation on the part of the Plaintiff to assist, participate or collaborate in any scheme to docket forged documents in this Court.

114.    Defendant's use of "the Sweigert brothers" and the "Super Mario Brothers" in an opened and continuous podcast series indicates the portrayal that somehow the Plaintiff is cooperating with his estranged brother ("GEORGE WEBB"), which the Defedant knows is falls, and has proceeded in reckless disregard to the truth to state otherwise.

115.    That Defendant places content on PATREON and SUBSCRIBESTAR under the banner of the COUNTER LAWFARE REPORT which implicates the "Super Mario Brothers" and Richard Loury in a criminal conspiracy. See below:





https://twitter.com/csthetruth/status/1493779009854967808

116.    The above Twitter tweet from CrowdSource The Truth promotes the COUNTER

LAWFARE REPORT on privatized channels, as does the YouTube video, shown below, which

promotes the same program (featured cartoon of the presiding judge); entitled, *Ghost Town NYC*

*– Ukraine on the Brink as New York Continues to Crumble*, published Feb. 21, 2022.



https://www.youtube.com/watch?v=XXIW9QXb3r8

117.     This privatized program (see above) that is advertised on the public video *Ghost Town NYC – Ukraine on the Brink as New York Continues to Crumble* features content concerning the criminal conspiracy by the "Stupid Mario Brothers".  This implicates the Plaintiff in a confabulation with "GEORGE WEBB" concerning a crime, according to the Defendant, and implicates the Plaintiff in such a crime.

118.     Mr. Goodman directs people to his COUNTER LAWFARE website, displaying *Goodman v. Bouzy* and "GEORGE WEBB" (SDNY), revealing the identity of a "Super Mario Brother".



https://www.youtube.com/watch?v=VQAFqyoliBA



Above:  The name George Webb Sweigert is clearly displayed



119.    Defendant published discrete facts in such a way that they create a substantially false and defamatory impression by omitting material facts or juxtaposing facts in a misleading way.

120.    Defendant published these discrete facts by innuendo, and that Defendant intended or knew the implications that the public could draw from the allegedly defamatory material.  These statements were made with a reckless disregard to the truth by the Defendant. The Defendant intended to convey a false impression that the Plaintiff had violated the Michigan Penal Code.

121.     Defendant acted with negligence and actual malice to distribute these falsehoods. The Defendants implication's that the Plaintiff conspired with Richard Loury or "GEORGE WEBB" are materially false.

122.     That Defendant made statements capable of interpretation by a reasonable listener as stating "actual facts" about the plaintiff, as opposed to statements of opinion.

123.     The Plaintiff intends to p-rove that dozens of statements which qualify as defamation per se and support defamation by implication were published on PATREON and SUBSCRIBESTAR.

124.     That the foregoing statements (published as if fact) are false and defamatory and portray the Plaintiff in a false light which is the direct and proximate cause of injuries and damages to the Plaintiff in excess of $75,001.

## _DAMAGES_

125.     Plaintiff seeks damages and equitable relief on behalf of himself, which relief includes, but is not limited to, compensatory and punitive damages, an order enjoining Defendant from the use of the Plaintiff's likeness, name and/or persona in social media podcasts, as well as Plaintiff's future reasonable attorneys' fees and expert fees, and any additional relief that this Court determines to be necessary or appropriate to provide complete relief to Plaintiff.

126.     Defendant's acts and conduct have caused damage to Plaintiff and Plaintiff is entitled to recover from Defendant the damages sustained by Plaintiff as a result of Defendant's wrongful acts in an amount subject to proof at trial.   Plaintiff suffered from fear and confusion, self-doubt, anger, disbelief, shock, gloom, isolation, bewilderment as a direct and in direct of the Defendants actions.

127.    Plaintiff seeks an order of this Court awarding damages, restitution, disgorgement, injunctive relief and all other relief allowed.

128.    Plaintiff -Intervenor is entitled to compensatory and punitive damages, to include:

- Plaintiff's loss of peace of mind; and Plaintiff's mental anguish; and, Damage to Plaintiff's reputation by Defendant's association of him with loathsome, embarrassing, and immoral "news stories"; and,

- Plaintiff's humiliation, embarrassment, and mental distress.

## ***PRAYER FOR RELIEF***

WHEREFORE, Plaintiff D. GEORGE SWEIGERT requests entry of judgment in his favor and against Defendant.  The Plaintiff requests that this Court:

a.   Enter judgment against Defendant and in favor of Plaintiff for each violation alleged in this Complaint;

b.   Award Plaintiff monetary civil penalties against Defendants for each violation of the Michigan and federal law alleged in this Complaint; and

c.   Award Plaintiff the costs of bringing this action, as well as such other and additional relief as the Court may determine to be just and proper.

## ***REQUEST FOR INJUNCTIVE RELIEF***

Plaintiff seeks a preliminary injunctive relief (P.I.R.) order from this Court to direct Jason Goodman, SUBSCRIBESTAR, M.S.D.I. and 21C3D to remove all materials from social media that feature the likeness, photograph, name or persona of the Plaintiff in content that solicits sponsorships on the PATREON platform for <u>CrowdSource The Truth.</u>

Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of any

provision of law enforced by the FTC. The Court, in the exercise of its equitable jurisdiction, may award ancillary relief, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies, to prevent and remedy any violation of any provision of law enforced by the FTC.

## _DEMAND FOR JURY TRIAL_

Pursuant to Fed. R. Civ. P. 38(b) Plaintiff D. GEORGE SWEIGERT hereby demands a trial by jury on all issues triable in this action.

Respectfully submitted on this twenty second day of March 2022 (3/22/2022),

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**
**Spoliation-notice@mailbox.org**