UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| D. G. Sweigert, Pro Se Plaintiff<br><br>-against-<br><br>MULTIMEDIA SYSTEM DESIGN, INC. d/b/a CROWDSOURCE THE TRUTH<br>A New York Corporation<br><br>ODYSEE HOLDINGS, INC.<br>A Delaware Corporation<br><br>LBRY, INC.<br>A Delaware Corporation<br><br>Defendant | CASE: 2:22-cv-10642-GAD<br><br>HON. G. DRAIN |

**Plaintiff Pro Se**
**D. G. SWEIGERT, C/O**
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

**Defendant**
**ODYSEE HOLDINGS, INC.**
A New Hampshire Corporation

**Defendant**
**MULTIMEDIA SYSTEM DESIGN, INC. d/b/a CROWDSOURCE THE TRUTH**
New York, New York 10001
truth@crowdsourcethetruth.org

**Defendant**
**LBRY, INC.**
A New Hampshire Corporation

**PUBLIC NOTICE OF DMCA TAKEDOWN**

I hereby attest that the foregoing was transmitted on May 13, 2022 (5/13/22) under the penalties of perjury.

*D. Swgt*

**D. G. SWEIGERT, C/O MAILBOX,**
**PMB 13339, 514 Americas Way, Box Elder, SD 57719**

1

## PUBLIC NOTICE OF DMCA TAKEDOWN

NOW COMES D. G. SWEIGERT, *pro se* Plaintiff, to present artifacts under the penalties of perjury. The Court's attention is directed to the attached exhibits, certified authenticated as to their true nature by the undersigned.

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

### CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been electronically forwarded with pdf copies to all parties listed below on May 13, 2022. Jason Goodman truth@crowdsourcethetruth.org (as sole owner, sole employee, sole manager of CrowdSource The Truth the d/b/a for Multimedia System Design, Inc.).

Submitted May 13, 2022

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

**EXHIBIT ONE**

---------- Original Message ----------
From: Spoliation Notice <spoliation-notice@mailbox.org>
To: Spoliation Notice <spoliation-notice@mailbox.org>, "spoliation@posteo.net" <spoliation@posteo.net>, "spoliation@tutanota.com" <spoliation@tutanota.com>, "hello@odysee.com" <hello@odysee.com>, Julian <julian@odysee.com>, "josh@lbry.io" <josh@lbry.io>, Josh Finer <josh@odysee.com>, "legal@odysee.com" <legal@odysee.com>, "help@odysee.com" <help@odysee.com>
Cc: "hello@odysee.com" <hello@odysee.com>, "bjorn@odysee.com" <bjorn@odysee.com>, "abuse@odysee.com" <abuse@odysee.com>, "spoliation@posteo.net" <spoliation@posteo.net>, "spoliation@tutanota.com" <spoliation@tutanota.com>
Date: 05/12/2022 6:21 PM
Subject: DMCA notice to Odysee - record 1 5/13/22


To:  Odysee DMCA coordinator

Re: Notice of Copyright Violation (DMCA Takedown Notice), Privacy Violations, and Infringement of Name and Image – Request to Remove Offending Content.

Your attention is drawn to the @CounterSpoliation channel on Odysee

The channel states it's mission:

This video presents evidence of David George Sweigert communicating with a cyber militia he has organized. This video is evidence in an ongoing legal matter in federal court. Any attempt to remove this video will be considered spoliation of evidence and may result in further legal action and or civil or criminal penalties.

A typical video is listed below:

https://odysee.com/@CounterSpoliation:6/FINAL-WARNING-to-Defango-from-CSTT-CEO-Jason-Goodman----George-Webb-advised(1)_:a

My name is David George Sweigert, I am the exclusive rights holder for content that is

appearing on your website. This email is official notification under Section 512(c) of the Digital
Millennium Copyright Act ("DMCA"), and I seek the immediate removal of the following infringing material from your servers.

1. The infringing material, which I content belongs to me, is the following:

https://odysee.com/@CounterSpoliation:6/FINAL-WARNING-to-Defango-from-CSTT-CEO-Jason-Goodman----George-Webb-advised(1)_:a

https://odysee.com/@CounterSpoliation:6/George-Webb-receives-Man-of-the-Years-Award-from-major-veterans-group_:3

https://odysee.com/@CounterSpoliation:6/BREAKING-Hon.-Jason-Goodman-issues-Defango-CEASE-and-DESIST-ORDER_:a

https://odysee.com/@CounterSpoliation:6/George-Webb-launches-full-scale-investigation-into-Luxembourg_:8

https://odysee.com/@CounterSpoliation:6/ADULT-CONTENT-NSFW-Jason-Goodman-calls-George-Webb-crazy----Intel-Valor-advised_:a

https://odysee.com/@CounterSpoliation:6/Day-1------Legal-maneuvers-in-the-George-Webb-lawsuits----stolen-DNC-files_:3

https://odysee.com/@CounterSpoliation:6/George-Webb-and-Jason-Goodman-caught-in-5-lies-in-under-2-minutes_:3

https://odysee.com/@CounterSpoliation:6/The-twists-and-turns-of-the-George-Webb-lawsuit_:c

https://odysee.com/@CounterSpoliation:6/Day-1.2----Jason-Goodman-files-Rule-11-sanctions-in-George-Webb-saga_:6

https://odysee.com/@CounterSpoliation:6/Day-1.1------The-George-Webb---Jason-Goodman-litigation-saga:5

https://odysee.com/@CounterSpoliation:6/2017.06.15GeorgeWebbSweigertgetsexposedbyhisbrother:c

> https://odysee.com/@CounterSpoliation:6/20170616GeorgeWebbSweigertgetsexposedbyhisbrotherPt.1:1
>
> https://odysee.com/@CounterSpoliation:6/20170616GeorgeWebbSweigertgetsexposedbyhisbrotherPt.1:1
>
> https://odysee.com/@CounterSpoliation:6/DaveActonisCIAGeorgeWebbisMossadpart2of2:a
>
> https://odysee.com/@CounterSpoliation:6/2017.06.16---George-Webb-Sweigert-gets-exposed-by-his-brother-Pt.2:e
>
> https://odysee.com/@CounterSpoliation:6/CIA-Dave-Acton-court-testimony-George-Webb-part1of2:c
>
> https://odysee.com/@CounterSpoliation:6/Trigger-Warning-Cyber-Militia-forming---George-Webb-advised:0
>
> I am providing this notice in good faith and with reasonable belief that David George Sweigert's
> rights are being infringed. Under the penalty of perjury, I certify that the information contained
> in this notification is both true and accurate.
>
> **David George Sweigert**

**EXHIBIT TWO**

| Attachment |
|---|

> Even though there is no civil liability for aiding and abetting a RICO violation generally, aiding and abetting the commission of predicate acts under 18 U.S.C. § 1961(1) can be considered racketeering activity for purposes of proving a RICO violation. As the Court has already discussed, 18 U.S.C. § 1961(1) provides an exhaustive list of predicate acts that constitute racketeering activity. *See* Court Order at Dkt. 276. As related to the alleged predicate acts in this case, 18 U.S.C. § 1961(1) includes "any act that is indictable" under the mail fraud, wire fraud, and bank fraud statutes. 18 U.S.C. § 1961(1)(B). Indictable offenses for mail, wire, and bank fraud include aiding and abetting the commission of those acts. 18 U.S.C. §§ 2, 1341, 1343; see *United States v. Litwok*, 678 F.3d 208, 213-215 (2d Cir. 2012); *Bank Brussels Lambert v. Credit Lyonnais (Suisse) S.A.*, No. 93 CIV 6876 LMM, 2000 WL 1694322, at *4-6 (S.D.N.Y. Nov. 13, 2000) (finding aiding and abetting mail and wire fraud constitute predicate acts under 18 U.S.C. § 1961(1)). Therefore, aiding and abetting mail or wire fraud is by definition a racketeering activity under RICO.

---------- Original Message ----------
From: Spoliation Notice <spoliation-notice@mailbox.org>
To: "spoliation@posteo.net" <spoliation@posteo.net>, "spoliation@tutanota.com" <spoliation@tutanota.com>, "hello@odysee.com" <hello@odysee.com>, Julian <julian@odysee.com>, "josh@lbry.io" <josh@lbry.io>, Josh Finer <josh@odysee.com>, "legal@odysee.com" <legal@odysee.com>, "help@odysee.com" <help@odysee.com>
Cc: "bjorn@odysee.com" <bjorn@odysee.com>, "abuse@odysee.com" <abuse@odysee.com>
Date: 05/12/2022 6:32 PM
Subject: Re: DMCA notice to Odysee - record 1 5/13/22

> Per the attached, you have been warned.
>
>
>
> > On 05/12/2022 6:21 PM Spoliation Notice <spoliation-notice@mailbox.org> wrote:
> >
> >
> > To:  Odysee DMCA coordinator
> >
> > Re: Notice of Copyright Violation (DMCA Takedown Notice), Privacy Violations,
> > and Infringement of Name and Image – Request to Remove Offending Content.
> >
> > Your attention is drawn to the @CounterSpoliation channel on Odysee
> >
> > The channel states it's mission:
> >
> > This video presents evidence of David George Sweigert communicating with a cyber militia he has organized. This video is evidence in an ongoing legal matter in federal court. Any attempt to remove this video will be considered spoliation of evidence and may result in further legal action and or civil or criminal penalties.
> >
> > A typical video is listed below:
> >
> > https://odysee.com/@CounterSpoliation:6/FINAL-WARNING-to-Defango-from-CSTT-CEO-Jason-Goodman----George-Webb-advised(1)_:a
> >
> > My name is David George Sweigert, I am the exclusive rights holder for content that is
> > appearing on your website. This email is official notification under Section 512(c) of the Digital
> > Millennium Copyright Act ("DMCA"), and I seek the immediate removal of the following
> > infringing material from your servers.
> >
> > 1. The infringing material, which I content belongs to me, is the following:
> >
> > https://odysee.com/@CounterSpoliation:6/FINAL-WARNING-to-Defango-from-CSTT-CEO-Jason-Goodman----George-Webb-advised(1)_:a
> >

> https://odysee.com/@CounterSpoliation:6/George-Webb-receives-Man-of-the-Years-Award-from-major-veterans-group_:3
>
> https://odysee.com/@CounterSpoliation:6/BREAKING-Hon.-Jason-Goodman-issues-Defango-CEASE-and-DESIST-ORDER_:a
>
> https://odysee.com/@CounterSpoliation:6/George-Webb-launches-full-scale-investigation-into-Luxembourg_:8
>
> https://odysee.com/@CounterSpoliation:6/ADULT-CONTENT-NSFW-Jason-Goodman-calls-George-Webb-crazy----Intel-Valor-advised_:a
>
> https://odysee.com/@CounterSpoliation:6/Day-1------Legal-maneuvers-in-the-George-Webb-lawsuits----stolen-DNC-files_:3
>
> https://odysee.com/@CounterSpoliation:6/George-Webb-and-Jason-Goodman-caught-in-5-lies-in-under-2-minutes_:3
>
> https://odysee.com/@CounterSpoliation:6/The-twists-and-turns-of-the-George-Webb-lawsuit_:c
>
> https://odysee.com/@CounterSpoliation:6/Day-1.2----Jason-Goodman-files-Rule-11-sanctions-in-George-Webb-saga_:6
>
> https://odysee.com/@CounterSpoliation:6/Day-1.1------The-George-Webb---Jason-Goodman-litigation-saga:5
>
>
https://odysee.com/@CounterSpoliation:6/2017.06.15GeorgeWebbSweigertgetsexposedbyhisbrother:c
>
>
https://odysee.com/@CounterSpoliation:6/20170616GeorgeWebbSweigertgetsexposedbyhisbrotherPt.1:1
>
>
https://odysee.com/@CounterSpoliation:6/20170616GeorgeWebbSweigertgetsexposedbyhisbrotherPt.1:1
>

> >
> https://odysee.com/@CounterSpoliation:6/DaveActonisCIAGeorgeWebbisMossadpart2of2:a
> >
> > https://odysee.com/@CounterSpoliation:6/2017.06.16---George-Webb-Sweigert-gets-exposed-by-his-brother-Pt.2:e
> >
> > https://odysee.com/@CounterSpoliation:6/CIA-Dave-Acton-court-testimony-George-Webb-part1of2:c
> >
> > https://odysee.com/@CounterSpoliation:6/Trigger-Warning-Cyber-Militia-forming---George-Webb-advised:0
> >
> > I am providing this notice in good faith and with reasonable belief that David George Sweigert's
> > rights are being infringed. Under the penalty of perjury, I certify that the information contained
> > in this notification is both true and accurate.
> >
> > David George Sweigert

# EXHIBIT THREE

---

NOW COMES D. G. SWEIGERT, *pro se* Plaintiff, to present artifacts under the penalties of perjury. The Court's attention is directed to the attached exhibits, certified authenticated as to their true nature by the undersigned.

*D. Swt* (signature)

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**
Spoliation-notice@mailbox.org

Home ()  /  Section 512 of Title 17: Resources on Online Service Provider Safe Harbors and Notice-and-Takedown System

# Section 512 of Title 17: Resources on Online Service Provider Safe Harbors and Notice-and-Takedown System

The Copyright Office published its report, *Section 512 of Title 17* (/policy/section512/section-512-full-report.pdf), on May 21, 2020. This page collects Copyright Office resources on Section 512 of the Digital Millennium Copyright Act in one location.

## Overview of Section 512

Section 512 contains limitations on liability—referred to as safe harbors— for four types of online service providers. The safe harbors shield qualifying online service providers from monetary liability for copyright infringement based on the actions of their users, in exchange for cooperating with copyright owners to expeditiously remove infringing content and meeting certain conditions.

The four types of online service providers and the applicable conditions to qualify for the safe harbors are:



Three of the four types of online service providers must comply with the requirements of the **notice-and-takedown system** in order to qualify for the safe harbors. The notice-and-takedown system allows rightsholders to send a notification to the online service provider regarding infringing material that appears on the service provider's system. To be effective, a notice must contain substantially the following information:

> (i) the signature of the copyright owner or an authorized agent;
> (ii) identification of the copyrighted work claimed to have been infringed, or, if multiple works are on a single site, a representative list of such works;
> (iii) identification of the infringing material or activity (or the reference or link to such material) and information reasonably sufficient to permit the OSP to locate the material (or the reference or link);
> (iv) contact information for the copyright owner or authorized agent;
> (v) a statement that the person sending the notice has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
> (vi) a statement that the information in the notice is accurate, and under penalty of perjury, that the person sending the notice is authorized to act on behalf of the copyright owner .

A sample notice (/512/sample-notice.pdf) is located under the "Notice-and-Takedown Resources" heading.

Once the online service provider has received a compliant notice, it must act expeditiously to remove or disable access to the infringing material. The service provider must then promptly notify the user that originally uploaded the material that it has been removed.

If the user believes that the material was removed as a result of mistake or misidentification of the material, the user may submit a counter-notice requesting the reinstatement of the material. To be effective, a counter-notice must contain substantially the following information:

> (i) a physical or electronic signature of the user;
> (ii) identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access to it was disabled;
> (iii) a statement under penalty of perjury that the user has a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled;
> (iv) the user's name, address, and telephone number, and a statement that the subscriber consents to the jurisdiction of Federal District Court for the judicial district in which the address is located, or if the subscriber's address is outside of the United States, for any judicial district in which the service provider may be found, and that the subscriber will accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.

A sample counter-notice (/512/sample-counter-notice.pdf) is located under the "Notice-and-Takedown Resources" heading.

Following receipt of a compliant counter-notice, the online service provider must restore access to the material after no less than ten and no more than fourteen business days, unless the original notice sender informs the service provider that it has filed a court action against the user.

The notice and counter-notice steps can be visualized as follows:



1. **Notice** — Rightsholder sends notice to online service provider regarding infringing material that appears on the online service provider's system.
2. **Remove Access to Material** — Online service provider must act expeditiously to remove or disable access to the infringing material.
3. **Notify User** — Online service provider must then promptly notify the user that originally uploaded the material that it has been removed.
4. **Counter-notice** — User may submit a counter-notice requesting the reinstatement of the material, if the user believes the removal was due to a mistake or misidentification.
5. **Restore Access or Initiate Court Action** — Online service provider must restore access to the material after no less than 10 and no more than 14 business days, unless the original notice sender informs the service provider that it has filed a court action against the user.

## Section 512 Notice-and-Takedown Frequently Asked Questions

| General FAQs |
| --- |
| **What is a takedown?**<br>A takedown, or a takedown notice, is a request made by a copyright owner to an online service provider (OSP) (see examples under "I operate an OSP (or think I do)" below) to have material that infringes their copyright-protected work removed from a website or other online service.<br><br>**Why can copyright owners remove something I posted?**<br>Copyright owners have the right to control certain uses of their copyright-protected works. **Congress created the notice-and-takedown system in section 512 of the Copyright Act in order to help balance the rights of copyright owners with the ways in which people use the internet. So, if copyright owners see their works being used in ways that infringe their rights, they can request to have the works removed.** |
| FAQs for: "I found my work used online without my authorization" |
| FAQs for "The material I posted was taken down" |
| FAQs for "I operate an OSP (or think I do)" |



## Legal Resources

17 U.S.C. § 512 (/title17/92chap5.html#512)

Section 512 of Title 17 Report (/policy/section512/)

## Notice-and-Takedown Resources

Sample Notice (/512/sample-notice.pdf)

Sample Counter-notice (/512/sample-counter-notice.pdf)

Search the DMCA Designated Agent Directory (/dmca-directory/)

DMCA Designated Agent Directory Tutorials (/dmca-directory/help.html)

Notice and Takedown (https://stream-media.loc.gov/copyright/Notice_and_Takedown.mp4) (video)

### Standard Technical Measures Discussion

| |
|---|
| Legal Foundation (https://stream-media.loc.gov/copyright/STM-Legal-Foundation.mp4) (video) |
| Current Technologies and Their STM Potential (https://stream-media.loc.gov/copyright/STM-Current-Technologies-and-their-STM-Potential.mp4) (video) |
| Looking Forward (https://stream-media.loc.gov/copyright/STM-Looking-Forward.mp4) (video) |

### Educational Resources

| |
|---|
| Copyright on the Internet (https://stream-media.loc.gov/copyright/Copyright_on_the_Internet.mp4) (video) |
| Public Domain (https://stream-media.loc.gov/copyright/What_is_Public_Domain.mp4) (video) |
| Fair Use (https://stream-media.loc.gov/copyright/Fair_Use.mp4) (video) |
| Copyright Office Fair Use Index (/fair-use/) |