AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

F I L E D

MAY 1 3 2022

U.S. DISTRICT COURT
FLINT, MICHIGAN

|  |  |  |
|---|---|---|
| **D. G. Sweigert** | ) | Civil Action No.   22-cv-10642-GAD-EAS |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ODYSEE | ) | Hon.   District Judge Gershwin A. Drain |
| HOLDINGS,INC. | ) | |
| A Delaware | ) | |
| Corporation | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:

DEFENDANT ODYSEE HOLDINGS, INC. a Delaware Corporation 6098950, service via registered agent HARVARD BUSINESS SERVICES, INC.,16192 COASTAL HWY., LEWES, DELAWARE, 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**D. G. Sweigert**
America's RV Mailbox
PMB 13339
514 Americas Way
Box Elder, SD 57719

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*KINIKIA D. ESSIX, CLERK OF COURT*

By: _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: ___5/13/22___

