UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| D. G. Sweigert, Pro Se Plaintiff<br><br>-against-<br><br>MULTIMEDIA SYSTEM DESIGN, INC. d/b/a CROWDSOURCE THE TRUTH<br>A New York Corporation<br><br>ODYSEE HOLDINGS, INC.<br>A Delaware Corporation<br><br>LBRY, INC.<br>A Delaware Corporation<br><br>Defendant | CASE: 2:22-cv-10642-GAD<br><br>HON. G. DRAIN |

**Plaintiff Pro Se**
**D. G. SWEIGERT, C/O**
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

**Defendant**
**MULTIMEDIA SYSTEM DESIGN,**
**INC. d/b/a CROWDSOURCE THE**
**TRUTH**
New York, New York 10001
truth@crowdsourcethetruth.org

**Defendant**
**ODYSEE HOLDINGS, INC.**
**A New Hampshire Corporation**

**Defendant**
**LBRY, INC.**
**A New Hampshire Corporation**

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
**NOTICE TO DEFENDANTS**

I hereby attest that the foregoing was transmitted via PDF file attachment to an e-mail message

to the above parties on July 5, 2022 (7/5/22) under the penalties of perjury.

*D. Sgt*

PRO-SE PLAINTIFF, D. G. SWEIGERT, C/O MAILBOX,
PMB 13339, 514 Americas Way, Box Elder, SD 57719

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
**NOTICE TO DEFENDANTS**

**DECLARATION OF D. GEORGE SWEIGERT**

**PURSUANT TO FED.R.CIV.P. RULE 12(a) (1) (A) (i)** THE 21-DAY PERIOD TO

RESPOND OR ANSWER THE COMPLAINT HAS EXPIRED FOR M.S.D.I. (SEE **ECF doc.**

**19, 6/15/2022** SERVICE) and ODYSEE HOLDINGS (SEE **ECF doc. 20, 6/16/2022**

SERVICE).

Under **Rule 55(a),** "[w]hen a party against whom a judgment for affirmative relief is sought has

failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk

must enter the party's default." **Fed. R. Civ. P. Rule 55(a).** As articulated by the local rules,

this process occurs "without action by the Judge." **L.R. 55.1(a).**

The summons forms delivered to **M.S.D.I. (ECF 19)** and **ODYSEE HOLDINGS (ECF 20)**

contain the following phrase:

> If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KINIKIA D. ESSIX, CLERK OF COURT        By: _____
                                                                     Signature of Clerk or Deputy Clerk

Both parties against whom default is sought were properly served with the summons and

complaint in a manner authorized by **FED. R. CIV. P. 4." L.R. 55.1(a)(2).**

I hereby attest that the foregoing is truthful and under the penalties of perjury on 7/5/2022.

**PRO-SE PLAINTIFF, D. G. SWEIGERT, C/O MAILBOX,**
**PMB 13339, 514 Americas Way, Box Elder, SD 57719**