UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. G. Sweigert,

                Plaintiff(s),

v.                                        Case No. 2:22−cv−10642−GAD−EAS
                                           Hon. Gershwin A. Drain

Mutimedia System Design, Inc.,
et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Mutimedia System Design, Inc., Odysee Holdings, Inc.

   The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                           KINIKIA D. ESSIX, CLERK OF COURT

                                           By: s/ N Ahmed
                                               Deputy Clerk

Dated:  July 6, 2022