UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| D. G. Sweigert, Pro Se Plaintiff<br><br>-against-<br><br>MULTIMEDIA SYSTEM DESIGN, INC.  d/b/a CROWDSOURCE THE TRUTH<br>A New York Corporation<br><br>ODYSEE HOLDINGS, INC.<br>A Delaware Corporation<br><br>LBRY, INC.<br>A Delaware Corporation<br><br>Defendant | CASE: 2:22-cv-10642-GAD<br><br>HON. G. DRAIN |

**Plaintiff Pro Se**
D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

**Defendant**
MULTIMEDIA SYSTEM DESIGN, INC.  d/b/a CROWDSOURCE THE TRUTH
New York, New York 10001
truth@crowdsourcethetruth.org

**Defendant**
ODYSEE HOLDINGS, INC.
A New Hampshire Corporation

**Defendant**
LBRY, INC.
A New Hampshire Corporation

CERTIFICATE OF SERVICE
REGARDING WARNING TO FILE MOTION FOR DEFAULT JUDGMENT

I hereby attest that the foregoing was transmitted via PDF file attachment to an e-mail message to the above parties on July 7, 2022 (7/7/22) under the penalties of perjury.

*D. Swt*

PRO-SE PLAINTIFF, D. G. SWEIGERT, C/O MAILBOX,
PMB 13339, 514 Americas Way, Box Elder, SD 57719

## CERTIFICATE OF SERVICE

## DECLARATION OF D. GEO. SWEIGERT

**I HEREBY SWEAR THAT THE ATTACHED E-MAL MESSAGES ARE ACCURATE AND TRUTHFUL REPRODUCTIONS OF THE SOURCE DOCUMENT.  THESE E-MAIL MESSAGES (ATTACHED) PROVIDED COPIES OF THE CLERK'S ENTRY OF DEFAULT TO THE CORPORATE DEFENDANTS WITH A WARNING THAT A MOTION FOR DEFAULT JUDGEMENT IS FORTHCOMING.**

I hereby attest that the foregoing is truthful and under the penalties of perjury on 7/7/2022.

*/s/ D. Swt/*

**PRO-SE PLAINTIFF, D. G. SWEIGERT, C/O MAILBOX, PMB 13339, 514 Americas Way, Box Elder, SD 57719**

From: Spoliation Notice <spoliation-notice@mailbox.org>

To: Spoliation Notice <spoliation-notice@mailbox.org>, Spoliation <spoliation@posteo.net>, Spoliation <spoliation@tutanota.com>, Josh Finer <josh@odysee.com>, Josh Finer <josh@lbry.io>, Julian <julian@odysee.com>, "hello@odysee.com" <hello@odysee.com>, Jason Goodman <truth@crowdsourcethetruth.org>, "jason@21stcentury3d.com" <jason@21stcentury3d.com>

Date: 07/07/2022 11:12 AM PDT

Subject: Fwd: Re: NOTICE TO DEFENDANTS


REF:  Sweigert v. Multimedia System Design, Inc. et al

US District Court for the Eastern District of Michigan

2:2022cv10642


Defendants:  Jason Goodman Doing business as 21st Century 3D, Starcling, LLC, Mutimedia System Design, Inc. Doing business as Crowdsource The Truth, Odysee Holdings, Inc. and LBRY, Inc.


WARNING TO DEFENDANTS:


ATTACHED TO THIS FORWARDED E-MAIL MESSAGE BELOW IS ECF DOCKET 21 AND 22 POSTED IN THE ACTION IN WHICH YOU ARE CORPORATE DEFENDANTS.


A MOTION FOR DEFAULT JUDGMENT SHALL BE FILED IN THE NEXT FEW DAYS SEEKING $75,001.00 IN DAMAGES, INDIVIDUALLY, FROM EACH CORPORATE DEFENDANT.  ADDITIONALLY, INJUNCTIVE RELIEF SHALL BE SOUGHT TO PLACE AN EMBARGO ON ANY FURTHER POSTING OF DMCA REGULATED PROPERTIES ON ODYSEE ACCOUNTS THAT VIOLATE THE COPYRIGHT OF THE PLAINTIFF.


ODYSEE IS STRONGLY ENCOURGED TO TERMINATE ACCOUNTS CONTROLLED BY JASON GOODMAN THAT HAVE VIOLATED THE COPYRIGHT OF THE PLAINTIFF.  AS ARTICULATED IN THE COMPLAINT IT IS PRIMARILY THE "COUNTER LAWFARE" REPORTS THAT SHOULD BE DELETED AT ONCE.

AS THE CORPORATE DEFENDANTS ARE IN DEFAULT YOU MAY NOT PROTEST THESE DEMANDS AS THEY WERE ARTICULATED IN THE FIRST AMENDED COMPLAINT WHICH WAS SERVED UPON YOU BY SUMMONS AND ELECTRONIC MESSAGE (E-MAIL) AND FOR WHICH YOU ARE IN DEFAULT.

BE ADVISED.

D. G. SWEIGERT

---------- Original Message ----------

From: spoliation@posteo.net

To: Spoliation Notice <spoliation-notice@mailbox.org>, Spoliation <spoliation@posteo.net>, Spoliation <spoliation@tutanota.com>

Cc: Josh Finer <josh@odysee.com>, Josh Finer <josh@lbry.io>, Julian <julian@odysee.com>, hello@odysee.com, Jason Goodman <truth@crowdsourcethetruth.org>, jason@21stcentury3d.com

Date: 07/06/2022 7:14 AM PDT

Subject: Re: NOTICE TO DEFENDANTS

DEFAULT ATTACHED

On 05.07.2022 20:16, Spoliation Notice wrote:

For your records