UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

D. G. Sweigert,

                Plaintiff,

-against-            **Case 2:22-cv-10642-GAD-KGA**

MULTIMEDIA SYSTEM
DESIGN, INC.
d/b/a/
Crowdsource The Truth

                Defendant.

---

Plaintiff
D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

Defendant
MULTIMEDIA SYSTEM DESIGN, INC
252 7th Avenue, Suite 6S
New York, N.T. 10001
(323)-744-7594
truth@crowdsourcethetruth.org

---

**PROOF OF PUBLICATION**
**NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT**

---

*[signature: D. Swt]*

**July 11, 2022**

**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way**
**Box Elder, SD 57719**
**Spoliation-notice@mailbox.org**

## DECLARATION OF D. G. SWEIGERT

NOW COMES D. GEORGE SWEIGERT, *pro se* non-attorney to provide truthful reproductions of documents. A notification publication was published to alert the Defendants (both M.S.D.I. and ODYSEE HOLDINGS, INC.) that a DEFAULT ENTRY had been made in this action and that the Plaintiff would pursue a Motion for Default Judgment.



https://www.sdny.org/post/sdny-notice-by-publication-odysee-and-jason-goodman-s-company-in-default

The above web page is herein attached.

Respectfully submitted on July 11, 2022.

*D. Swt*

D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-notice@mailbox.org

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically forwarded with pdf copies to all parties listed below on July 11, 2022.

Jason Goodman, CEO
truth@crowdsourcethetruth.org

*D. Swt*

**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way,**
**Box Elder, SD 57719**



#SDNYORG  ·  3 days ago  ·  1 min read

# (SDNY) Jason Goodman and ODYSEE now in default -- Mr. Counter Lawfare Fail

Updated: 2 days ago



## NOTICE BY PUBLICATION

**MULTIMEDIA SYSTEM DESIGN, INC. C.E.O. JASON GOODMAN, AND ODYSEE HOLDINGS, INC. ARE THE SUBJECT OF AN ENTRY OF DEFAULT IN THE FEDERAL COURT SERVING THE EASTERN DISTRICT OF MICHIGAN.**

Case 2:22-cv-10642-GAD-EAS   ECF No. 23, PageID.223   Filed 07/07/22   Page 3 of 4

From: Spoliation Notice <spoliation-notice@mailbox.org>

To: Spoliation Notice <spoliation-notice@mailbox.org>, Spoliation <spoliation@posteo.net>, Spoliation <spoliation@tutanota.com>, Josh Finer <josh@odysee.com>, Josh Finer <josh@lbry.io>, Julian <julian@odysee.com>, "hello@odysee.com" <hello@odysee.com>, Jason Goodman <truth@crowdsourcethetruth.org>, "jason@21stcentury3d.com" <jason@21stcentury3d.com>

Date: 07/07/2022 11:12 AM PDT

Subject: Fwd: Re: NOTICE TO DEFENDANTS

REF:  Sweigert v. Multimedia System Design, Inc. et al

US District Court for the Eastern District of Michigan

2:2022cv10642

Defendants: Jason Goodman Doing business as 21st Century 3D, Starcling, LLC, Mutimedia System Design, Inc. Doing business as Crowdsource The Truth, Odysee Holdings, Inc. and LBRY, Inc.

**WARNING TO DEFENDANTS:**

ATTACHED TO THIS FORWARDED E-MAIL MESSAGE BELOW IS ECF DOCKET 21 AND 22 POSTED IN THE ACTION IN WHICH YOU ARE CORPORATE DEFENDANTS.

A MOTION FOR DEFAULT JUDGMENT SHALL BE FILED IN THE NEXT FEW DAYS SEEKING $75,001.00 IN DAMAGES, INDIVIDUALLY, FROM EACH CORPORATE DEFENDANT. ADDITIONALLY, INJUNCTIVE RELIEF SHALL BE SOUGHT TO PLACE AN EMBARGO ON ANY FURTHER POSTING OF DMCA REGULATED PROPERTIES ON ODYSEE ACCOUNTS THAT VIOLATE THE COPYRIGHT OF THE PLAINTIFF.

ODYSEE IS STRONGLY ENCOURGED TO TERMINATE ACCOUNTS CONTROLLED BY JASON GOODMAN THAT HAVE VIOLATED THE COPYRIGHT OF THE PLAINTIFF. AS ARTICULATED IN THE COMPLAINT IT IS PRIMARILY THE "COUNTER LAWFARE" REPORTS THAT SHOULD BE DELETED AT ONCE.

AS THE CORPORATE DEFENDANTS ARE IN DEFAULT YOU MAY NOT PROTEST THESE DEMANDS AS THEY WERE ARTICULATED IN THE FIRST AMENDED COMPLAINT WHICH WAS SERVED UPON YOU BY SUMMONS AND ELECTRONIC MESSAGE (E-MAIL) AND FOR WHICH YOU ARE IN DEFAULT.

BE ADVISED.

# NOTICE OF INTENT TO FILE MOTION FOR DEFAULT JUDGMENT FOR $75,001.00 AGAINST EACH CORPORATE DEFENDANT: M.S.D.I. AND ODYSEE HOLDINGS, INC.

Plaintiff(s),

v.

Mutimedia System Design, Inc., et al.,

Case No. 2:22-cv-10642-GAD-EAS
Hon. Gershwin A. Drain

Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default: Mutimedia System Design, Inc., Odysee Holdings, Inc.

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ N Ahmed
Deputy Clerk

# PUBLIC NOTICE OF DEFAULT