IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID GEORGE SWEIGERT<br><br>Plaintiff,<br><br>vs.<br><br>MULTIMEDIA SYSTEM DESIGN, INC. D/B/A<br><br>CROWDSOURCE THE TRUTH<br><br>ODYSEE HOLDINGS, INC.<br><br>LBRY, INC.<br><br>Defendants | Case 2:22-cv-10642-GAD-EAS<br><br>**MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND SET ASIDE DEFAULT FOR IMPROPER SERVICE** |

Jason Goodman by and for himself pro se ("Goodman") comes now to move this honorable court to substitute Goodman in place of Multimedia System Design, Inc. D.B.A. Crowdsource the Truth as the real party at interest and set aside the default for improper service of process and for additional reasons as further stated below.

**PRELIMINARY STATEMENT**

This Court is familiar with Plaintiff David George Sweigert ("Sweigert"). Goodman presented evidence in a procedurally defective Amicus Curiae brief which alleged Sweigert participated in an effort to cause forged documents to be filed in this Court. *See* Sweigert v Cable News Network Case 2:20-cv-12933-GAD-KGA Dkt No. 55.

In unrelated litigation, on March 23, 2022, U.S. District Court Judge Valerie Caproni informed the Plaintiff that his "judicial gamesmanship" would not be tolerated. *See*

MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND SET ASIDE DEFAULT FOR IMPROPER SERVICE - 1

Sweigert v Goodman SDNY 1:18-cv-08653-VEC-SDA Dkt. No. 383. Despite this admonishment, Sweigert's judicial gamesmanship continues with this vexatious action.

Sweigert has vowed to sue Goodman for the rest of his life and has spent the past five years demonstrating his commitment to that promise. Sweigert has made public statements against his own interest about his family history of medically diagnosed and pharmaceutically treated schizophrenia. These statements, coupled with his obsessive harassment of Goodman, cause Goodman to believe he is mentally ill. Goodman has attempted to present evidence of the statements in court and Sweigert has gone to extraordinary lengths to destroy the evidence. These evidentiary videos are solely for legitimate court purposes and considered a fair use under the Digital Millennium Copyright Act. Sweigert's efforts to suppress the evidence should be regarded as spoliation and should be accompanied by a presumption of guilt. Sweigert's legal threats to Odysee and other platforms have succeeded in removing evidence, forcing Goodman to repeatedly find new ways to preserve it.

(https://vk.com/video/@id731682021?z=video731682021_456239020%2Fpl_731682021_-2). This instant action is merely the latest attempt to obfuscate evidence that supports allegations of criminal activity including forgery and fraud on this very court. The default should be set aside, and defendant should be substituted for the real party at interest.

**IMPROPER SERVICE OF PROCESS**

The named defendant "Multimedia System Design, Inc. D.B.A. Crowdsource the Truth" is a non-existent, fabricated entity imagined by the Plaintiff.

MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND SET ASIDE DEFAULT FOR IMPROPER SERVICE - 2

Goodman is the owner of a corporation of a different name, but the corporation has no ownership of Goodman's intellectual property and no ownership of or claim to anything in controversy in this action. To the extent that any cognizable claim exists, Goodman is the proper defendant and should be substituted as the real party at interest.

Even if the Court finds a non-existent corporate entity to be a viable defendant, there is no corporation owned by Goodman or any other party that has any control over content posted on the internet by Goodman. 47 U.S.C § 230 expressly indemnifies any provider or user of an interactive computer service from being treated as the publisher or speaker of any information provided by another information content provider. No corporation could be sued for material allegedly published by Goodman, even if Goodman were an employee of that corporation.

Even if the Court finds that the non-existent, fabricated entity could be a defendant, and could be sued for content published by Goodman, no business has ever been transacted in a retail or office setting at the residential apartment address upon which the summons was served to building employees causing confusion and preventing proper service. Fed R. Civ P. Rule 55(c) states "The court may set aside an entry of default for good cause". This default should be set aside due to improper service of process and because it was fomented by the very judicial gamesmanship Sweigert has been warned against engaging in.

## CONCLUSION

For the reasons stated herein, the default should be set aside, and Goodman should be substituted as the real party at interest.

MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND SET ASIDE DEFAULT FOR IMPROPER SERVICE - 3

Signed this 12th day of July 2022

Respectfully submitted,

Jason Goodman, Pro Se<br>
252 7th Avenue Apt 6s<br>
New York, NY 10001<br>
(323) 744-7594<br>
truth@crowdsourcethetruth.org

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying document has been filed electronically via the Pro Se Electronic Filing website and served upon the parties below via email on July 12, 2022.

David George Sweigert spoliation-notice@mailbox.org

ODYSEE HOLDINGS, INC. julian@odysee.com

LBRY, INC. josh@lbry.io

MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND SET ASIDE DEFAULT FOR IMPROPER SERVICE - 4