UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

D. G. Sweigert,

                 Plaintiff,

-against-                    Case 2:22-cv-10642-GAD-KGA

MULTIMEDIA SYSTEM
DESIGN, INC.
d/b/a/
Crowdsource The Truth

                 Defendant.

| Plaintiff | Defendant |
|---|---|
| D. G. SWEIGERT, C/O<br>PMB 13339<br>514 Americas Way,<br>Box Elder, SD 57719<br>Spoliation-notice@mailbox.org | MULTIMEDIA SYSTEM DESIGN, INC<br>252 7th Avenue, Suite 6S<br>New York, N.T. 10001<br>(323)-744-7594<br>truth@crowdsourcethetruth.org |

SECOND REQUEST FOR JUDICIAL NOTICE
(RESPONSIVE TO ECF DOC. 25)

*D. Swt*

July 13, 2022

D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-notice@mailbox.org

1

## DECLARATION OF D. G. SWEIGERT

NOW COMES D. GEORGE SWEIGERT, *pro se* non-attorney to provide truthful reproductions of documents. In the interest of judicial efficiency, the Court is requested to observe the following phrases in the attached Court order:

*This matter comes before the Court upon Motion by Plaintiffs for the entry of a final judgment and permanent injunction by default against Defendant Multimedia System Design, Inc. d/b/a "Crowdsource the Truth" ("MSD") and an award of attorneys' fees and costs. [page 1]*

*1) IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that MSD, its respective officers, agents, servants, employees, successors and assigns, and all persons acting in concert with or under the direction of MSD (collectively "Defendant"), who receive actual notice of this Order, are permanently enjoined from: [page 2]*

Respectfully submitted on July 13, 2022.

D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-notice@mailbox.org

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically forwarded with pdf copies to all parties listed below on July 13, 2022.

Jason Goodman, CEO
truth@crowdsourcethetruth.org

ODYSEE HOLDINGS, INC.
julian@odysee.com
LBRY, INC. josh@lbry.io

*D. Sgt*

**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way,**
**Box Elder, SD 57719**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NATIONAL ACADEMY OF TELEVISION
ARTS AND SCIENCES, INC. and ACADEMY OF
TELEVISION ARTS & SCIENCES,

    *Plaintiffs*,

v.

MULTIMEDIA SYSTEM DESIGN, INC. d/b/a
"CROWDSOURCE THE TRUTH",

    *Defendant*.

CIVIL ACTION No.
20-cv-07269 (VEC)

[~~SECOND AMENDED PROPOSED~~] ORDER ENTERING FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT AND AWARDING PLAINTIFFS ATTORNEYS' FEES AND COSTS

This matter comes before the Court upon Motion by Plaintiffs for the entry of a final judgment and permanent injunction by default against Defendant Multimedia System Design, Inc. d/b/a "Crowdsource the Truth" ("MSD") and an award of attorneys' fees and costs.

The Court, having considered the Affidavit of Margaret A. Esquenet in Support of Plaintiffs' Motion for Default Judgment, Permanent Injunction, and Attorneys' Fees and attached exhibits, Plaintiffs' Memorandum of Law in Support of their Motion for Default Judgment, Permanent Injunction, and Attorneys' Fees, and upon all other pleadings and paper on file in this lawsuit,[1] it is hereby ORDERED, ADJUDGED, AND DECREED as follows (hereinafter, "Default Judgment Order"):

    I.    **Defendant's Liability**

1) Judgment is granted in favor of Plaintiffs on all claims asserted against MSD in the Amended Complaint;

---

[1] Where a defined term is referenced herein and not defined herein, the defined term should be understood as it is defined in the Amended Complaint. (Dkt. 62.)

## II. Permanent Injunction

1) IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that MSD, its respective officers, agents, servants, employees, successors and assigns, and all persons acting in concert with or under the direction of MSD (collectively "Defendant"), who receive actual notice of this Order, are permanently enjoined from:

   A. creating, reproducing, distributing, displaying, making derivative works of, advertising, marketing, promoting, offering for sale, selling, and/or otherwise using or featuring an image depicting the EMMY Statuette's winged figure but replacing the Statuette's atom with a depiction of the SARS-CoV-2 virus, as illustrated by the CDC ("Infringing Image") or any other images consisting of or incorporating the EMMY Statuette and EMMY Statuette Design;

   B. directly or indirectly infringing in any manner any of Plaintiffs' copyrights, trademarks, or other rights (whether now in existence or hereafter created), including, without limitation, the EMMY Statuette and EMMY Statuette Design;

   C. using any false designation of origin or false description, or engaging in any action which is likely to cause confusion, cause mistake, and/or to deceive members of the trade and/or the public as to the affiliation, connection, or association of any images and/or media created, used, advertised, marketed, promoted, distributed, displayed, offered for sale, or sold by Defendant with Plaintiffs;

   D. using, operating, maintaining, assisting, distributing, or supporting any website, email address, or social media account in connection with creating, reproducing, distributing, displaying, making derivative works of, advertising, marketing, promoting, offering for sale, selling, and/or otherwise using the Infringing Image

2

and/or other infringing images bearing Plaintiffs' EMMY Statuette and EMMY Statuette Design, or any of Plaintiffs' intellectual property rights; and

E. effecting assignments or transfers, forming new entities or associations, or any other means of creating, reproducing, distributing, displaying, making derivative works of, advertising, marketing, promoting, offering for sale, selling, and/or otherwise using the Infringing Image for the purposes of circumventing or otherwise avoiding the prohibitions set forth in this Default Judgment Order.

2) IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant must destroy all copies of the Infringing Image and any and all media, advertising and promotional materials, and any other materials in the possession, custody, or control of Defendant that infringe any of Plaintiffs' trademarks, copyrights, or other rights including, without limitation, the EMMY Statuette and EMMY Statuette Design pursuant to 15 U.S.C. § 1118 and 17 U.S.C. § 503.

### III.     Attorneys' Fees and Costs

1) IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs are entitled to an award of attorneys' fees and costs in an amount to be determined through an inquest.

### 2) Miscellaneous Relief

1) Any failure by Defendant to comply with the terms of this Default Judgment Order shall be deemed contempt of Court, subjecting Defendant to contempt remedies to be determined by the Court, including fines and seizure of property; and

2) This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Default Judgment Order.

3

As required by the parties' Stipulated Protective Order, *see* Dkt. 41 ¶ 17, Plaintiffs and Jason Goodman, the the sole principal of Defendant MSD, must within 60 days of this order, either return all Confidential Discovery Material — including all copies thereof — to the Producing Party, or, upon permission of the Producing Party, destroy such material — including all copies thereof.  In either event, by the 60-day deadline, the recipient must certify its return or destruction by submitting a written certification to the Producing Party that affirms that it has not retained any copies, abstracts, compilations, summaries, or other forms of reproducing or capturing any of the Confidential Discovery Material.   Plaintiffs must provide any certification on their part to Mr. Goodman, as the sole principal of MSD.

The Clerk of Court is respectfully directed to close all open motions and to terminate this case. The Clerk of Court is further directed to mail a copy of this Order to Multimedia System Design, Inc., c/o Jason Goodman at: 252 7th Avenue #6s, New York, NY 10001.

**SO ORDERED.**
 **Date:   February 22, 2022**
         **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

4