UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. G. Sweigert

          Plaintiff(s),

v.

Multimedia System Design, Inc., et al.,

          Defendant(s).
_____/

Case No. 22-10642

Judge  Gershwin A. Drain

Magistrate Judge  Elizabeth A. Stafford

**NOTICE OF CORRECTION**

Docket entry number __28-1__, filed ____7/13/2022____, has been modified.  The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☑ Other:  The Firefox application produced a "Print Preview Error" after the Print to PDF function, resulting in an incomplete download of the pleading.  Clerk docketed the incomplete 7 page pleading without double-checking page count.

If you need further clarification or assistance, please contact ___Leanne___ at __(313) 234-5020__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: July 15, 2022

s/L. Hosking
Deputy Clerk