IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID GEORGE SWEIGERT | Case 2:22-cv-10642-GAD-EAS |
| Plaintiff, | |
| vs. | **FIFTH REQUEST FOR JUDICIAL NOTICE** |
| MULTIMEDIA SYSTEM DESIGN, INC. D/B/A | |
| CROWDSOURCE THE TRUTH | |
| ODYSEE HOLDINGS, INC. | |
| LBRY, INC. | |
| Defendants | |

Jason Goodman by and for himself pro se ("Goodman") comes now to request the Court take judicial notice of empirical facts on the docket. On Monday July 18, 2022, at or around 11am, Goodman called the Court in response to an email sent by Teresa McGovern ("McGovern") on January 19, 2022, which said, "If you have any questions or concerns, please do not hesitate to contact me" and included her phone number. McGovern repeatedly interrupted Goodman and denied or contradicted virtually everything he said insisting matters of empirical fact were merely Goodman's opinion. McGovern cited an obstruction in an exhibit which supported allegations that Richard Loury violated state and other laws when he Authored and filed ECF No. 12 in Sweigert v CNN Case 2:20-cv-12933-GAD-KGA. Attached to this notice is a clarification that shows ECF No. 12 was filed on June 18, 2022, three days prior to its existence according to the creation date June 21, 2022. **(EXHIBIT A)**

McGovern refused to answer questions regarding the possible existence of a

FIFTH REQUEST FOR JUDICIAL NOTICE - 1

receipt from the MIED Pro Se filing website which might prove who filed the document.

McGovern persisted throughout the call to refute any statement Goodman attempted to make, interrupting him repeatedly and becoming increasingly anxious as the call progressed.

Signed this 18th day of July 2022

Respectfully submitted,

_____

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

**CERTIFICATE OF SERVICE**

I, hereby certify, under penalties of perjury, that a true copy of the accompanying document has been filed electronically via the Pro Se Electronic Filing website and served upon the parties below via email on July 18, 2022.

To chambers Teresa_McGovern@mied.uscourts.gov

David George Sweigert spoliation-notice@mailbox.org

ODYSEE HOLDINGS, INC. julian@odysee.com

LBRY, INC. josh@lbry.io

Signed this 18th day of July 2022

Respectfully submitted,

_____

Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

FIFTH REQUEST FOR JUDICIAL NOTICE - 2

**(EXHIBIT A)**

Case 2:20-cv-12933-GAD-KGA   ECF No. 12, PageID.62   Filed 06/18/21   Page 1 of 2

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
AT DETROIT**

George Webb Sweigert,                  : CASE
                                       :
    Plaintiff,                         : NO - 2:20-cv-12933-GAD-KGA
                                       :
V.

**CABLE NEWS NETW**

**PLAINTIFF'S RES**

Plaintiff hereby files this R
and, for the reasons stated

The Plaintiff, George Web
lawsuit in District of Colum
transactions were conduct
added to some of the adm
the Court.

The Defendant, Cable Ne
than the CNN Headquarte
confused in person efforts

The Plaintiff requests for t
served on the Defendant.
Service.

---

**Document Properties**

Description | Security | Fonts | Initial View | Custom | Advanced

**Description**
File: 12.pdf
Title: Response To Order To Show Cause - Sweigert V CNN UNITED STATES DISTRICT CO
Author: RichardLoury
Subject:
Keywords:

Created: 6/21/21, 9:05:47 AM
Modified: 7/9/22, 6:30:48 PM
Application: PScript5.dll Version 5.2.2

**Advanced**
PDF Producer: Acrobat Distiller 17.0 (Windows); modified using iText® 7.1.6 ©2000-2019 iText
PDF Version: 1.6 (Acrobat 7.x)
Location: /Users/jasongoodman/Documents/Webb v CNN/2-20-cv-12933-GAD-KGA/
File Size: 89.27 KB (91,408 Bytes)
Page Size: 8.50 x 11.00 in     Number of Pages: 2
Tagged PDF: No                  Fast Web View: No

Help                                    Cancel    OK