UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. G. Sweigert

Plaintiff(s),

v.

Multimedia System Design, Inc. et al

Defendant(s).
_____/

Case No. 2:22-cv-10642

Judge Gershwin A. Drain

Magistrate Judge Elizabeth A. Stafford

**NOTICE OF CORRECTION**

Docket entry number __25__, filed __7/12/2022__, has been modified. The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☐ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☑ Other: Document was filed by Jason Goodman not DG Sweigert

If you need further clarification or assistance, please contact __S Schoenherr__ at __(313) 234-5000__.

KINIKIA D. ESSIX, CLERK OF COURT

Dated: July 19, 2022

s/ S Schoenherr
Deputy Clerk