IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| DAVID GEORGE SWEIGERT | Case 2:22-cv-10642-GAD-EAS |
|---|---|
| Plaintiff, | |
| vs. | **SECOND NOTICE OF DOCKET ERROR** |
| MULTIMEDIA SYSTEM DESIGN, INC. D/B/A | |
| CROWDSOURCE THE TRUTH | |
| ODYSEE HOLDINGS, INC. | |
| LBRY, INC. | |
| Defendants | |

Jason Goodman by and for himself pro se ("Goodman") comes now to notify the Court of a filing error. ECF No. 35 is not a document created or filed by Goodman, it is an inaccurate facsimile of a document filed by Goodman. According to the document properties, an individual named Donald Peruski is the Author of ECF No. 35. The document differs from Goodman's filing in several ways. Presently, the known differences include the elimination of vertical margin lines and the addition of a third page. Goodman is reviewing the docket to determine if any other changes have been made to this or other documents. The proper filing was authored by Goodman and would have all original contents of Goodman's filing. The proper filing would not have pages added by individuals unknown to Goodman. All entries made by Donald Peruski should be stricken from the record and replaced with Goodman's proper filings.

NOTICE OF DOCKET ERROR - 1

Signed this 20th day of July 2022

Respectfully submitted,

Jason Goodman, Pro Se<br>
252 7th Avenue Apt 6s<br>
New York, NY 10001<br>
(323) 744-7594<br>
truth@crowdsourcethetruth.org

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying document has been filed electronically via the Pro Se Electronic Filing website and served upon the parties below via email on July 20, 2022.

David George Sweigert spoliation-notice@mailbox.org

ODYSEE HOLDINGS, INC. julian@odysee.com

LBRY, INC. josh@lbry.io

Signed this 20th day of July 2022

Respectfully submitted,

Jason Goodman, Pro Se<br>
252 7th Avenue Apt 6s<br>
New York, NY 10001<br>
(323) 744-7594<br>
truth@crowdsourcethetruth.org

NOTICE OF DOCKET ERROR - 2