UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

D. G. Sweigert,

                      Plaintiff,

    -against-                    Case 2:22-cv-10642-GAD-KGA

MULTIMEDIA SYSTEM
DESIGN, INC.
d/b/a/
Crowdsource The Truth

                      Defendant.

| Plaintiff | Defendant |
|---|---|
| D. G. SWEIGERT, C/O<br>PMB 13339<br>514 Americas Way,<br>Box Elder, SD 57719<br>Spoliation-notice@mailbox.org | MULTIMEDIA SYSTEM DESIGN, INC<br>252 7th Avenue, Suite 6S<br>New York, N.T. 10001<br>(323)-744-7594<br>truth@crowdsourcethetruth.org |

### MOTION FOR TELEPHONIC APPEARANCE

*/s/ D. Swt/*

July 21, 2022

D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-notice@mailbox.org

## MOTION FOR TELEPHONIC APPEARANCE

NOW COMES D. GEORGE SWEIGERT, *pro se* non-attorney and moves this Court for an order to permit Movant to appear by telephone for the hearing on August 4th, 2022 at 2 p.m. The Movant requests to appear by phone because he is presently providing daily care to a family member.  Movant will need to secure an expensive caretaker as a substitute while Movant is away in Michigan for two (2) days.

Respectfully submitted on July 21, 2022.

*/s/ D. Swt*

D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-notice@mailbox.org

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically forwarded with pdf copies to all parties listed below on July 21, 2022.

Jason Goodman, CEO
truth@crowdsourcethetruth.org

ODYSEE HOLDINGS, INC.
julian@odysee.com
LBRY, INC. josh@lbry.io

*D. Swt*

**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way,**
**Box Elder, SD 57719**