**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**Southern Division**

D. G. Sweigert,

Plaintiff,

-against-

**Case 2:22-cv-10642-GAD-KGA**

MULTIMEDIA SYSTEM DESIGN, INC.
d/b/a/
Crowdsource The Truth

Defendant.

---

Plaintiff
D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way,
Box Elder, SD 57719
Spoliation-notice@mailbox.org

Defendant
MULTIMEDIA SYSTEM DESIGN, INC
252 7th Avenue, Suite 6S
New York, N.T. 10001
(323)-744-7594
truth@crowdsourcethetruth.org

---

**EXHIBIT ONE FOR STATUS CONFERENCE 8/4/2022**

---

**July 21, 2022**

**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way**
**Box Elder, SD 57719**
**Spoliation-notice@mailbox.org**

---

**EXHIBIT ONE FOR STATUS CONFERENCE 8/4/2022**

---

NOW COMES D. GEORGE SWEIGERT, *pro se* non-attorney and provides open source intelligence (OSINT) of Jason Goodman's status as "C.E.O." of Multimedia System Design, Inc.

Respectfully submitted on July 21, 2022.

**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way**
**Box Elder, SD 57719**
**Spoliation-notice@mailbox.org**

**CERTIFICATE OF SERVICE**

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically forwarded with pdf copies to all parties listed below on July 21, 2022.

Jason Goodman, CEO
truth@crowdsourcethetruth.org

ODYSEE HOLDINGS, INC.
julian@odysee.com
LBRY, INC. josh@lbry.io

**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way,**
**Box Elder, SD 57719**

# United States of America

## United States Patent and Trademark Office

# Crowdsource the Truth

**Reg. No. 5,544,901**

**Registered Aug. 21, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Multimedia System Design, Inc (NEW YORK CORPORATION)
6s
252 7th Avenue
New York, NEW YORK 10001

CLASS 41: Providing on-line videos featuring news in the nature of current event reporting, not downloadable

FIRST USE 10-1-2016; IN COMMERCE 8-1-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CROWDSOURCE"

SER. NO. 87-752,970, FILED 01-12-2018

UNITED STATES PATENT AND TRADEMARK OFFICE · DEPARTMENT OF COMMERCE

Director of the United States
Patent and Trademark Office

## Employer Identification Number 13-3777129

MULTIMEDIA SYSTEM DESIGN INC is a USA domiciled entity or foreign entity operating in the USA. The EIN ihas been issued by the IRS

| | |
|---|---|
| Company Name: | MULTIMEDIA SYSTEM DESIGN INC |
| Employer identification number (EIN): | 13-3777129 |
| EIN Issuing Authority | Brookhaven, NY |
| NAIC Classification: | 541512 |
| NAIC Description: | Computer Systems Design Services |
| 401k Pension/Benefits registration | MULTIMEDIA SYSTEM DESIGN INC 401k plan information |

## Organization Addresses

The following addresses have been detected as associated with Tax Indentification Number 133777129

| | |
|---|---|
| USA Location Address | 505 8TH AVENUE RM 1006<br>NEW YORK<br>NY<br>10018<br>*Date first seen: 2007-01-01*<br>*Date last seen: 2021-12-31* |
| USA Location Address | 505 8TH AVE RM 1006<br>NEW YORK<br>NY<br>100186510<br>*Date first seen: 2012-07-30*<br>*Date last seen: 2012-07-30* |
| USA Location Address | 252 7TH AVENUE APT 6S<br>NEW YORK<br>NY<br>100016510<br>*Date first seen: 2013-06-06*<br>*Date last seen: 2013-06-06* |



http://www.w9ein.com/FEIN/company_overview.php/EIN/133777129/CompanyName/MULTIMEDIA+SYSTEM+DESIGN+INC

## 401k Sponsoring company profile

MULTIMEDIA SYSTEM DESIGN INC has sponsored the creation of one or more 401k plans.

| | |
|---|---|
| Company Name: | MULTIMEDIA SYSTEM DESIGN INC |
| Employer identification number (EIN): | 133777129 |
| NAIC Classification: | 541512 |
| NAIC Description: | Computer Systems Design Services |

The following addresses have been detected on the 401k submissions:

| USA Location Address | USA Location Address | USA Location Address |
|---|---|---|
| 505 8TH AVENUE RM 1006<br>NEW YORK<br>NY<br>10018 | 505 8TH AVE RM 1006<br>NEW YORK<br>NY<br>100186510 | 252 7TH AVENUE APT 6S<br>NEW YORK<br>NY<br>100016510 |
| Date first seen: 2007-01-01 | Date first seen: 2012-07-30 | Date first seen: 2013-06-06 |
| Date last seen: 2021-12-31 | Date last seen: 2012-07-30 | Date last seen: 2013-06-06 |



## MULTIMEDIA SYSTEM DESIGN INC 401k Plans

| Plan id# | Plan Name | Plan Start Date | Plan Effective Date |
|---|---|---|---|
| 001 | MULTIMEDIA SYSTEM DESIGN INC | 2013-01-01 | 2000-01-01 |

http://www.401k-lookup.com/Company401k/company_overview.php/CompanyID/133777129/CompanyName/MULTIMEDIA+SYSTEM+DESIGN+INC

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 87752970**
**Filing Date: 01/12/2018**

**Trademark/Service Mark Application, Principal Register**

**TEAS Plus Application**

**Serial Number: 87752970**
**Filing Date: 01/12/2018**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| MARK INFORMATION | |
| *MARK | Crowdsource the Truth |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Crowdsource the Truth |

| | |
|---|---|
| (if applicable) | |
| CORRESPONDENCE INFORMATION | |
| *NAME | Multimedia System Design, Inc |
| INTERNAL ADDRESS | 6s |
| *STREET | 252 7th Avenue |
| *CITY | New York |
| *STATE (Required for U.S. addresses) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 10001 |
| PHONE | 212-244-8585 |
| FAX | 2122448585 |
| *EMAIL ADDRESS | truth@crowdsourcethetruth.org |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| FEE INFORMATION | |

| (if applicable) | |
|---|---|
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Multimedia System Design, Inc |
| INTERNAL ADDRESS | 6s |
| *STREET | 252 7th Avenue |
| *CITY | New York |
| *STATE (Required for U.S. addresses) | New York |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 10001 |
| PHONE | 212-244-8585 |
| FAX | 2122448585 |
| *EMAIL ADDRESS | truth@crowdsourcethetruth.org |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |

| SIGNATURE INFORMATION | |
|---|---|
| * SIGNATURE | /Jason Goodman/ |
| * SIGNATORY'S NAME | Jason Goodman |
| * SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | 212-244-8585 |
| * DATE SIGNED | 01/10/2018 |


| SIGNATURE INFORMATION | |
|---|---|
| * SIGNATURE | /Jason Goodman/ |
| * SIGNATORY'S NAME | Jason Goodman |
| * SIGNATORY'S POSITION | CEO |
| SIGNATORY'S PHONE NUMBER | 212-244-8585 |
| * DATE SIGNED | 01/10/2018 |

The applicant's current Correspondence Information:

Multimedia System Design, Inc
6s
252 7th Avenue
New York, New York 10001
212-244-8585(phone)
2122448585(fax)
truth@crowdsourcethetruth.org (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-m
the e-mail address provided in this application. I understan

The applicant's current Correspondence Information:

Multimedia System Design, Inc
6s
252 7th Avenue
New York, New York 10001
212-244-8585(phone)
2122448585(fax)
truth@crowdsourcethetruth.org (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

## Declaration Signature

Signature: /Jason Goodman/ Date: 01/10/2018
Signatory's Name: Jason Goodman
Signatory's Position: CEO
Signatory's Phone Number: 212-244-8585
Payment Sale Number: 87752970
Payment Accounting Date: 01/12/2018

- To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.
- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.
- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Jason Goodman/ Date: 01/10/2018
Signatory's Name: Jason Goodman
Signatory's Position: CEO
Signatory's Phone Number: 212-244-8585
Payment Sale Number: 87752970
Payment Accounting Date: 01/12/2018

Serial Number: 87752970
Internet Transmission Date: Fri Jan 12 10:44:45 EST 2018
TEAS Stamp: USPTO/FTK-XXX.XX.XXX.X-20180112104445804
094-87752970-510de5fc3f93721ccaf3ab5d79f
58c7a398e2fe23686503c4f10a9945d70a8284-D
A-9579-20180102205325539281

https://tsdr.uspto.gov/documentviewer?caseId=sn87752970&docId=FTK20180116080508#docIndex=8&page=1

1 Multimedia System Design, Inc (NEW YORK CORPORATION)
6s
!1, 2018 252 7th Avenue
New York, NEW YORK 10001




# Crowdsource the Truth

**Reg. No. 5,544,901**

**Registered Aug. 21, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Multimedia System Design, Inc (NEW YORK CORPORATION)
6s
252 7th Avenue
New York, NEW YORK 10001

CLASS 41: Providing on-line videos featuring news in the nature of current event reporting, not downloadable

FIRST USE 10-1-2016; IN COMMERCE 8-1-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CROWDSOURCE"

https://tsdr.uspto.gov/documentviewer?caseId=sn87752970&docId=ORC20180805025238#docIndex=0&page=1