

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DAVID GEORGE SWEIGERT<br><br>Plaintiff,<br><br>vs.<br><br>MULTIMEDIA SYSTEM DESIGN, INC.<br>D/B/A<br><br>CROWDSOURCE THE TRUTH<br><br>ODYSEE HOLDINGS, INC.<br><br>LBRY, INC.<br><br>Defendants | Case 2:22-cv-10642-GAD-EAS<br><br>**MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND STAY PROCEEDINGS PENDING AN INVESTIGATION OF MALPRACTICE IN THE CLERK'S OFFICE** |

Jason Goodman by and for himself pro se ("Goodman") comes now to move this honorable court to substitute Goodman in place of Multimedia System Design, Inc. D.B.A. Crowdsource the Truth as the real party at interest and to stay all proceedings in this matter pending a full investigation into evidence of malpractice by the clerks of the Court for reasons further stated below.

**PRELIMINARY STATEMENT**

This Court is familiar with Plaintiff David George Sweigert ("Sweigert"). Goodman presented evidence in a procedurally defective Amicus Curiae brief which alleged Sweigert and others participated in an effort to cause forged documents to be filed with this Court. *See* Sweigert v Cable News Network Case 2:20-cv-12933-GAD-KGA Dkt No. 55.

Plaintiff had previously initiated litigation against Goodman in the Southern

MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND STAY PROCEEDINGS
PENDING AN INVESTIGATION OF MALPRACTICE IN THE CLERK'S OFFICE - 1

District of New York on June 14, 2018. After nearly four years of vexatious litigation and 380 filings, Sweigert voluntarily withdrew his claims against Goodman. Immediately after the Court granted the withdrawal and dismissed all claims with prejudice, Sweigert filed a motion for reconsideration and an appeal of his own voluntary withdrawal. On March 23, 2022, U.S. District Court Judge Valerie Caproni admonished Swiegert, informing him that "judicial gamesmanship" would not be tolerated. *See* Sweigert v Goodman SDNY 1:18-cv-08653-VEC-SDA Dkt. No. 383. Despite this admonishment, Sweigert's judicial gamesmanship continues with this vexatious action.

      Sweigert has vowed to sue Goodman for the rest of his life and has spent the past five years demonstrating his commitment to that promise. Sweigert has made public statements against his own interest about his family history of medically diagnosed and pharmaceutically treated schizophrenia. These statements, coupled with his obsessive harassment of Goodman, cause Goodman to believe he is mentally ill. Goodman has attempted to present evidence of the statements in court and Sweigert has gone to extraordinary lengths to spoliate evidence. Evidentiary videos are posted for legitimate court purposes and considered fair use under the Digital Millennium Copyright Act. Sweigert's effort to suppress evidence should be regarded as spoliation and should be accompanied by a presumption of guilt. Sweigert's legal threats to Odysee and other platforms have succeeded in removing evidence, forcing Goodman to repeatedly find new ways to preserve it. (https://vk.com/video/@id731682021?z=video731682021_456239020%2Fpl_731682021_-2). This instant action is merely the latest attempt to obfuscate evidence that supports

MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND STAY PROCEEDINGS PENDING AN INVESTIGATION OF MALPRACTICE IN THE CLERK'S OFFICE - 2

allegations of criminal activity including forgery and fraud on this very court. Goodman should be substituted for Defendant Multimedia as he is the real party at interest in this case.

### IMPROPER DEFENDANT NAMED

The named defendant "Multimedia System Design, Inc. D.B.A. Crowdsource the Truth" is a non-existent, fabricated entity imagined by the Plaintiff. Goodman is the owner of a corporation of a different name, but the corporation has no ownership of Goodman's intellectual property and no ownership of or claim to anything in controversy in this action. To the extent that any cognizable claim exists, Goodman is the proper defendant and should be substituted as the real party at interest.

Even if the Court finds a non-existent corporate entity to be a viable defendant, there is no corporation owned by Goodman or any other party that has any control over content posted on the internet by Goodman. 47 U.S.C § 230 expressly indemnifies any provider or user of an interactive computer service, such as Multimedia, from being treated as the publisher or speaker of any information provided by another information content provider, in this case Goodman. No corporation could be sued for material allegedly published by Goodman, even if Goodman were an employee of any such corporation.

### MALPRACTICE IN THE CLERKS OFFICE

Goodman initially identified evidence in preceding litigation via a procedurally defective Amicus Curiae brief that is likely to prove that Richard Loury ("Loury") entered into a scheme with Plaintiff and his brother George Webb Sweigert ("Webb") which was intended to cause a fraudulent document to be filed in Sweigert v Cable

MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND STAY PROCEEDINGS PENDING AN INVESTIGATION OF MALPRACTICE IN THE CLERK'S OFFICE - 3

News Network Case 2:20-cv-12933-GAD-KGA ECF No. 12 ("Webb v CNN"). Goodman alleges and demonstrates with irrefutable evidence that the document properties Loury created the document. Additional document properties indicate it was created at 9:05 am on June 21, 2021, but filed three days prior to this on June 18, 2021. This is an impossibility, therefore, something else must explain the irreconcilable discrepancy. **(EXHIBIT A)**

In the same case, ECF No. 11 is a summons issued by the Court, responsive to the answer to show cause in ECF No. 12. Document properties for ECF No. 11 reveal another irreconcilable impossibility. ECF No. 11 was created at 8 am on June 21, 2021 one hour and five minutes prior to the existence of a request for it. **(EXHIBIT B)**

It is impossible for the Court to anticipate a Plaintiff would request a summons one hour and five minutes prior to the creation of the request. Despite vociferous denials from Webb and Sweigert, no proof of filing or receipt from the Court's pro se portal has been presented. Evidence on the Court's own docket is likely to prove Sweigert, Webb and Loury caused a fraudulent filing to be made. This evidence must be investigated by the Court before Sweigert is allowed to proceed with this new vexatious, sham litigation.

ECF No. 12 is an electronic filing. No mailing envelope is included with the filing as would be standard practice with pro se filings mailed to the court. The document is not a scan, and it is not disputed that it was electronically filed. Although the document purports to have been authored and filed by Webb, document properties indicate it was not and no pro se electronic filing receipt has been provided to refute Goodman's well-founded, evidence backed claims of fraud. The Court's ongoing refusal to investigate these claims are

MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND STAY PROCEEDINGS PENDING AN INVESTIGATION OF MALPRACTICE IN THE CLERK'S OFFICE - 4

a further demonstration of bias against Goodman and undue deference to the clerks of the Court who are themselves subject to the law just as every other U.S. citizen would be. The Court must investigate this evidence and compel production of the pro se filing receipt if justice is to be served in this matter.

## CONCLUSION

For the reasons stated herein, Goodman should be substituted as the real party at interest or alternately this matter should be dismissed pursuant to 47 U.S.C § 230. The Court should stay these proceedings pending an investigation into well-founded claims and observable evidence of malpractice in the clerk's office.

Signed this 23$^{thrd}$ day of July 2022

Respectfully submitted,

_____
Jason Goodman, Pro Se
252 7th Avenue Apt 6s
New York, NY 10001
(323) 744-7594
truth@crowdsourcethetruth.org

MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND STAY PROCEEDINGS PENDING AN INVESTIGATION OF MALPRACTICE IN THE CLERK'S OFFICE - 5

# CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying document has been filed via FedEx and served upon the parties below via USPS and email on July 23, 2022.

David George Sweigert
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way
Box Elder SD 57719


ODYSEE HOLDINGS, INC. julian@odysee.com

LBRY, INC. josh@lbry.io

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jason Goodman, Pro Se
　　　　　　　　　　　　　　　　　　　　　　　　252 7th Avenue Apt 6s
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　　　　　(323) 744-7594
　　　　　　　　　　　　　　　　　　　　　　　　truth@crowdsourcethetruth.org

MOTION TO SUBSTITUTE REAL PARTY AT INTEREST AND STAY PROCEEDINGS PENDING AN INVESTIGATION OF MALPRACTICE IN THE CLERK'S OFFICE - 6

**(EXHIBIT A)**

Case 2:20-cv-12933-GAD-KGA   ECF No. 12, PageID.62   Filed 06/18/21   Page 1 of 2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION
## AT DETROIT

| | |
|---|---|
| George Webb Sweigert, | : CASE |
| Plaintiff, | : NO - 2:20-cv-12933-GAD-KGA |
| V. | : US DISTRICT COURT JUDGE |
| | : Judge Gershwin A. Drain |
| CABLE NEWS NETWORK, INC | : RESPONSE TO ORDER |
| | : TO SHOW CAUSE |

**PLAINTIFF'S RES**[ponse]

Plaintiff hereby files this R[esponse]
and, for the reasons state[d]

The Plaintiff, George Web[b]
lawsuit in District of Colum[bia]
transactions were conduct[ed]
added to some of the adm[inistrative]
the Court.

The Defendant, Cable Ne[ws]
than the CNN Headquarte[rs]
confused in person efforts

The Plaintiff requests for t[he]
served on the Defendant.
Service.

---

**Document Properties**

Description | Security | Fonts | Initial View | Custom | Advanced

Description
File: 12.pdf
Title: Response To Order To Show Cause - Sweigert V CNN UNITED STATES DISTRICT CO
Author: RichardLoury
Subject:
Keywords:

Created: 6/21/21, 9:05:47 AM
Modified: 7/9/22, 6:30:48 PM
Application: PScript5.dll Version 5.2.2

Advanced
PDF Producer: Acrobat Distiller 17.0 (Windows); modified using iText® 7.1.6 ©2000-2019 iText
PDF Version: 1.6 (Acrobat 7.x)
Location: /Users/jasongoodman/Documents/Webb v CNN/2-20-cv-12933-GAD-KGA/
File Size: 89.27 KB (91,408 Bytes)
Page Size: 8.50 x 11.00 in      Number of Pages: 2
Tagged PDF: No      Fast Web View: No

Additional Metadata...

Help      Cancel      OK

**(EXHIBIT B)**

Case 2:20-cv-12933-GAD-KGA ECF No. 11, PageID.60 Filed 06/21/21 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

2

George Webb Sw[eigert]

v.

Cable News Netwo[rk]

To: Cable News Network
Register Agent CT C[orporation]
289 S Culver Street,

A lawsuit has been fil[ed against you.]

Within 21 days after s[ervice]
the United States or a United [States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12]
(a)(2) or (3) — you must serve [on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal]
Rules of Civil Procedure. Th[e answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and]
address are:

**Document Properties**

[Description] Security  Fonts  Initial View  Custom  Advanced

Description
File: 011.pdf
Title:
Author:
Subject:
Keywords:

Created: 6/21/21, 8:00:58 AM
Modified: 6/24/21, 12:23:13 AM
Application: Atalasoft, Inc.

Advanced
PDF Producer: DotImage PDF Encoder; modified using iText® 7.1.6 ©2000-2019 iText Group
PDF Version: 1.4 (Acrobat 5.x)
Location: /Users/jasongoodman/Documents/Webb v CNN/2-20-cv-12933-GAD-KGA/
File Size: 78.23 KB (80,110 Bytes)
Page Size: 8.50 x 11.17 in
Tagged PDF: No
Number of Pages: 2
Fast Web View: No

Additional Metadata...

Help    Cancel    OK

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KINIKIA D. ESSIX, CLERK OF COURT

By: _____
Signature of Clerk or Deputy Clerk

Date of Issuance: 6/21/21






FedEx shipping label:

ORIGIN ID:TSSA (323) 744-7594
JASON GOODMAN
252 7TH AVENUE
NEW YORK, NY 10001
UNITED STATES US

SHIP DATE: 23JUL22
ACTWGT: 1.00 LB
CAD: 3250694/INET4490

BILL SENDER

TO: JULIE OWENS OPERATIONS SUPERVISOR
U.S. DISTRICT COURT MIED
231 W. LAFAYETTE, 5TH FL
CLERK'S OFFICE
DETROIT MI 48226
(313) 234-5041

MON - 25 JUL 10:30A
PRIORITY OVERNIGHT

TRK# 7774 6664 8955

XN DTWA
48226 MI-US DTW

Extremely Urgent