UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

D. G. Sweigert,

                Plaintiff,

-against-                      Case 2:22-cv-10642-GAD-KGA

MULTIMEDIA SYSTEM                JUDGE G. DRAIN
DESIGN, INC.
d/b/a/
Crowdsource The Truth

                Defendant.

---

| Plaintiff | Defendant |
|---|---|
| D. G. SWEIGERT, C/O | MULTIMEDIA SYSTEM DESIGN, INC |
| PMB 13339 | 252 7th Avenue, Suite 6S |
| 514 Americas Way, | New York, N.T. 10001 |
| Box Elder, SD 57719 | (323)-744-7594 |
| Spoliation-notice@mailbox.org | truth@crowdsourcethetruth.org |

---

**AFFIDAVIT FOR ENTRY OF DEFAULT
AGAINST ODYSEE HOLDINGS, INC.**

---

*D. S⁊ⱡ* (signature)

**July 23, 2022**

**D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-notice@mailbox.org**

1

## AFFIDAVIT FOR ENTRY OF DEFAULT
## AGAINST ODYSEE HOLDINGS, INC.

1.      PLAINTIFF D.G. SWEIGERT, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

2.      I hereby make application to the Clerk of this Court for entry of default as to defendant ODYSEE HOLDINGS, INC., pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

   A. The defendant was personally served, through its REGISTERED AGENT, HARVARD BUSINESS SYSTEMS, with copies of Plaintiff's Summons and First Amended Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure;

   B. Upon Plaintiff's information and belief, the defendant, being a Delaware corporation with its principal place of business in Philadelphia, Pennsylvania, is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520;

   C. The defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and First Amended Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired;

   D. Copies of this Affidavit and the REQUEST FOR ENTRY OF DEFAULT, which are being filed herewith, have this date been served upon the defendant by regular mail, postage prepaid.

Respectfully submitted on July 26, 2022.

*D. Sgt*

**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way**
**Box Elder, SD 57719**
**Spoliation-notice@mailbox.org**

### CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically forwarded with pdf copies to all parties listed below on July 26, 2022.

Jason Goodman, CEO
truth@crowdsourcethetruth.org

ODYSEE HOLDINGS, INC.
julian@odysee.com
LBRY, INC. josh@lbry.io

*D. Sgt*

**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way,**
**Box Elder, SD 57719**