UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

D. G. Sweigert,

                Plaintiff,

-against-                **Case 2:22-cv-10642-GAD-KGA**

MULTIMEDIA SYSTEM            **JUDGE G. DRAIN**
DESIGN, INC.
d/b/a/
Crowdsource The Truth

                Defendant.

---

Plaintiff
D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way,
Box Elder, SD 57719
Spoliation-notice@mailbox.org

Defendant
MULTIMEDIA SYSTEM DESIGN, INC
252 7th Avenue, Suite 6S
New York, N.T. 10001
(323)-744-7594
truth@crowdsourcethetruth.org

---

**REQUEST FOR ACCOMMODATION
BY PERSON WITH DISABILITY**

*/s/ D. Sgt/*

**July 27, 2022**

**D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-notice@mailbox.org**

## REQUEST FOR ACCOMMODATION
## BY PERSON WITH DISABILITY

1. PLAINTIFF D.G. SWEIGERT, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the following statements are true and correct:

2. I hereby make application to this Court for reasonable accommodation pursuant to the Americans with Disabilities Act (ADA), as amended in 2008, Section 504 of the Rehabilitation Act of 1973, the Michigan Persons with Disabilities Civil Rights Act and the Elliot-Larsen Civil Rights Act.

3. The Plaintiff is a person with a disability as described in 42 U.S.C. 12101 *et seq* (ADA).

4. The extent of the record of impairment can be provided to the Court *en camera.* Such information is of a medical nature and protected by the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

5. The functional impairment includes issues related to respiratory health and psychological stress management related to Plaintiff's captivity by hostile Nicaraguan forces in Central America in 1981. More HIPAA-protected information can be provided *en camera.*

6. The Plaintiff is a qualified individual with an impairment.

7. Plaintiff seeks the accommodation to appear by remote means to the status conference schedule for August 4, 2022 at 2 p.m. This accommodation will not place an undue burden upon this Court.

Respectfully submitted on July 27, 2022.

*D. Swt*

**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way**
**Box Elder, SD 57719**
**Spoliation-notice@mailbox.org**

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically forwarded with pdf copies to all parties listed below on July 27, 2022.

| | |
|---|---|
| Jason Goodman, CEO | ODYSEE HOLDINGS, INC. |
| truth@crowdsourcethetruth.org | julian@odysee.com |
| | LBRY, INC. josh@lbry.io |

*D. Swt*

**D. G. SWEIGERT, C/O**
**PMB 13339**
**514 Americas Way,**
**Box Elder, SD 57719**
