## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

D.G. SWEIGERT,

    Plaintiff,                                    Case No. 22-cv-10642

v.                                              Hon. Gershwin A. Drain

MULTIMEDIA SYSTEMS DESIGN, INC., ET AL.,

    Defendants.

## **APPEARANCE**

TO:   Clerk of the Court and all parties of record:

PLEASE ENTER MY APPEARANCE as counsel, for and on behalf of Defendant **MULTIMEDIA SYSTEMS DESIGN, INC**. I certify that I am admitted to practice in the Court.

                              Respectfully submitted,

                              THE LAW OFFICES OF BARTON MORRIS

                By:   */s/ Michael Norman*
                        Michael Norman (P75844)
                        Counsel for Multimedia Systems Design, Inc.
                        520 North Main Street
                        Royal Oak, Michigan 48067
                        (248) 541-2600
                        Email: mike@bartonmorris.com

Dated: August 1, 2022