UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| D. G. Sweigert, Pro Se Plaintiff<br><br>-against-<br><br>MULTIMEDIA SYSTEM DESIGN, INC.  d/b/a CROWDSOURCE THE TRUTH<br>A New York Corporation<br><br>ODYSEE HOLDINGS, INC.<br>A Delaware Corporation<br><br>LBRY, INC.<br>A Delaware Corporation<br><br>Defendant | CASE: 2:22-cv-10642-GAD<br><br>HON. G. DRAIN |

Plaintiff Pro Se
D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

Defendant
MULTIMEDIA SYSTEM DESIGN,
INC.  d/b/a CROWDSOURCE THE
TRUTH
New York, New York 10001
truth@crowdsourcethetruth.org

Defendant
ODYSEE HOLDINGS, INC.
A New Hampshire Corporation

Defendant
LBRY, INC.
A New Hampshire Corporation

**PLAINTIFF'S WITHDRAWAL OF ECF NO. 59,
REQUEST FOR ACCOMMODATION BY PERSON WITH DISABILITY**

I hereby attest that the foregoing was transmitted via PDF file attachment to an e-mail message to the above parties on August 1, 2022 under the penalties of perjury.

*D. S—t*

PRO-SE PLAINTIFF, D. G. SWEIGERT, C/O MAILBOX,
PMB 13339, 514 Americas Way, Box Elder, SD 57719

1

**PLAINTIFF'S WITHDRAWAL OF ECF NO. 59,**
**REQUEST FOR ACCOMMODATION BY PERSON WITH DISABILITY**

**MAY IT PLEASE THE COURT,** pursuant to *Clay v. Wall*, C.A. No. 17-506WES (D.R.I. Jan. 4, 2019) the Plaintiff requests that ECF no. 59 be ignored, withdrawn, or otherwise made moot, "Federal courts are not "public entities" subject to the public services provisions of Title II of the ADA. Gulla v. Dennehy, C.A. No. 05-11988-RGS, 2007 WL 923527, at *1 (D. Mass. Mar. 27, 2007); see42 U.S.C. § 12131(1); Zingher v. Yacavone, 30 F. Supp. 2d 446, 452 (D. Vt. 1997); Melton v. Freeland, No. 1:96CV516, 1997 WL 382054 (M.D.N.C. Feb. 6, 1997)."

I hereby attest that the foregoing is truthful and under the penalties of perjury on 8/1/2022.

*D. Swt*

PRO-SE PLAINTIFF, D. G. SWEIGERT, C/O MAILBOX,
PMB 13339, 514 Americas Way, Box Elder, SD 57719