UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

D. G. Sweigert,

                      Plaintiff,

-against-                      Case 2:22-cv-10642-GAD-KGA

MULTIMEDIA SYSTEM                **JUDGE G. DRAIN**
DESIGN, INC.
d/b/a/
Crowdsource The Truth

                      Defendant.

---

| Plaintiff | Defendant |
|---|---|
| D. G. SWEIGERT, C/O | MULTIMEDIA SYSTEM DESIGN, INC |
| PMB 13339 | 252 7th Avenue, Suite 6S |
| 514 Americas Way, | New York, N.T. 10001 |
| Box Elder, SD 57719 | (323)-744-7594 |
| Spoliation-notice@mailbox.org | truth@crowdsourcethetruth.org |

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PER F.R.C.P. RULE 41 (a (1) (A) (i)**

---

*[signature: D. S---]*

August 1, 2022

D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-notice@mailbox.org

Respectfully submitted on August 1, 2022

*[signature: D. Sgt]*

D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way
Box Elder, SD 57719
Spoliation-notice@mailbox.org

### CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically forwarded with pdf copies to all parties listed below on August 1, 2022.

Jason Goodman, CEO
truth@crowdsourcethetruth.org

ODYSEE HOLDINGS, INC.
julian@odysee.com
LBRY, INC. josh@lbry.io

*[signature: D. Sgt]*

D. G. SWEIGERT, C/O
PMB 13339
514 Americas Way,
Box Elder, SD 57719