UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

| | |
|---|---|
| D. G. Sweigert, Pro Se Plaintiff<br><br>-against-<br><br>MULTIMEDIA SYSTEM DESIGN, INC. d/b/a CROWDSOURCE THE TRUTH<br>A New York Corporation<br><br>ODYSEE HOLDINGS, INC.<br>A Delaware Corporation<br><br>LBRY, INC.<br>A Delaware Corporation<br><br>Defendant | CASE: 2:22-cv-10642-GAD<br><br>HON. G. DRAIN |

**Plaintiff Pro Se**
D. G. SWEIGERT, C/O
MAILBOX, PMB 13339
514 Americas Way, Box
Elder, SD 57719
Spoliation-notice@mailbox.org

**Defendant**
MULTIMEDIA SYSTEM DESIGN,
INC. d/b/a CROWDSOURCE THE
TRUTH
New York, New York 10001
truth@crowdsourcethetruth.org

**Defendant**
ODYSEE HOLDINGS, INC.
A New Hampshire Corporation

**Defendant**
LBRY, INC.
A New Hampshire Corporation

## NOTICE OF APPEAL TO THE SIXTH CIRCUIT

The pro se Plaintiff hereby APPEALS the following ORDER:

| 07/26/2022 | 54 | ORDER Denying Plaintiff's 48 Motion for Telephonic Appearance ; Denying 52 Non-Party Jason Goodman's Motion to Intervene; Denying Non-Party Jason Goodman's 53 Motion to Substitute Real Party at Interest and Stay Proceedings Pending an Investigation of Malpractice in the Clerk's Office. Signed by District Judge Gershwin A. Drain. (TMcg) (Entered: 07/26/2022) |
|---|---|---|

It is requested that an APPEAL be docketed in the U.S. Court of Appeals for the Sixth Circuit.

Attached is an EXHIBIT for the APPELLATE RECORD.

The pro se Plaintiff hereby attests that the attached exhibits in the APPENDIX are true and accurate reproductions of the originals.

I hereby attest that the foregoing NOTICE was transmitted via PDF file attachment to an e-mail message to the above parties on August 23, 2022 (8-23-22) under the penalties of perjury.

*D. Sgt*

PRO-SE PLAINTIFF, D. G. SWEIGERT, C/O MAILBOX,
PMB 13339, 514 Americas Way, Box Elder, SD 57719

**APPENDIX FOR SIXTH CIRCUIT**



https://www.reuters.com/investigates/special-report/usa-media-misinformation/?utm_medium=Social&utm_source=twitter

**BitChute and Odysee serve up conspiracies, racism and graphic violence to millions of viewers. Taking advantage of Big Tech disinformation crackdowns and the rise of Trump, the sites reflect a new media universe – one where COVID-19 is fake, Russia fights Nazis in Ukraine, and mass shootings are 'false flag' operations.**

**By ANDREW R.C. MARSHALL and JOSEPH TANFANI**

**Filed Aug. 22, 2022, 10 a.m. GMT**

