UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

D. G. Sweigert,

                Plaintiff(s),

v.                                                 Case No. 2:22-cv-10642-GAD-EAS
                                               Hon. Gershwin A. Drain

Mutimedia System Design, Inc.,
et al.,

                Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202-3988

and all interested parties, by electronic means or first class U.S. mail, on August 24, 2022.

                                            KINIKIA D. ESSIX, CLERK OF COURT

                                            By: s/ Tracy A Thompson
                                                 Deputy Clerk

Dated:   August 24, 2022