Case: 22-1741 Document: 68 Filed: 03/22/2023 Page: 1

| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE SIXTH CIRCUIT | **FILED**<br>Mar 22, 2023<br>DEBORAH S. HUNT, Clerk |

No. 22-1741

D.G. SWEIGERT,

    Plaintiff-Appellant,

v.

MULTIMEDIA SYSTEM DESIGN, INC., dba
Crowdsource The Truth, et al.,

    Defendants-Appellees.

Before: BATCHELDER, GIBBONS, and THAPAR, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

                ENTERED BY ORDER OF THE COURT

                Deborah S. Hunt, Clerk